UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY SANDERS<br>As Personal Representative of the<br>Estate Of Benjamin Sanders<br>4354 D Street, SE<br>Washington, DC  20019<br><br>            Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA<br><br>            Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Case No. 07 1169<br>)<br>)<br>)<br>)<br>)<br>) |

### AFFIDAVIT OF SERVICE

I, W. Charles Meltmar, Esq., hereby declare that on the 29th day of June, 2007, I mailed a copy of the summons and complaint, certified mail return receipt requested, to the United States of America care of Alberto Gonzales. Attached hereto is the certified green card acknowledging service.

[Attached: USPS PS Form 3811 Domestic Return Receipt addressed to:
U.S. Attorney General of the United States
Mr. Alberto R. Gonzales
950 Pennsylvania Ave., NW
Washington, DC  20530
Article Number: 7003 2260 0001 7974 4910]

                          *W.C.*

_____
W. Charles Meltmar, Esq., Bar No. 438870
1100 New York Avenue, NW
Suite 340, West Tower
Washington, DC 20005
Telephone: (202) 682-5800
Attorney for Plaintiff
cmeltmar@cochranfirm.com