## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MARY SANDERS** | ) | |
| **As Personal Representative of the** | ) | |
| **Estate Of Benjamin Sanders** | ) | |
| **4354 D Street, SE** | ) | |
| **Washington, DC   20019** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Civil Case No. 07 1169** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **Defendant.** | ) | |

### AFFIDAVIT OF SERVICE

I, W. Charles Meltmar, Esq., hereby declare that on the 29th day of June, 2007, I mailed a copy of the summons and complaint, certified mail return receipt requested, to the United States of America care of Jeffrey A. Taylor. Attached hereto is the certified green card acknowledging service.

W. Charles Meltmar, Esq., Bar No. 438870
1100 New York Avenue, NW
Suite 340, West Tower
Washington, DC 20005
Telephone:  (202) 682-5800
Attorney for Plaintiff
cmeltmar@cochranfirm.com