UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| **MARY SANDERS,** )<br>**Personal Representative of** )<br>**Estate of Benjamin Sanders,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**UNITED STATES OF AMERICA,** )<br>)<br>**Defendant.** )<br>) | Civil Action No. 07-01169 (ESH) |

### CONSENT MOTION FOR EXTENSION OF TIME

Pursuant to Fed. R. Civ. P. 6(b)(2), defendant moves for an extension of time to and including September 30, 2007, to file an answer or other response in this case. Although the Court's electronic civil docket indicates that defendant's answer was due on August 31, 2007, as more fully set forth below, formal service of process has never been received by the Office of the United States Attorney. Undersigned counsel primarily assigned to this case, upon receipt of the assignment on September 3, immediately telephoned plaintiff's counsel who graciously consent to this motion. This is defendant's first extension of time relating to this case.

Plaintiff filed this Federal Tort Claims Act case against the United States on June 29, 2007. R. 1. Although two summons were issued and addressed to the U.S. Attorney General and the U.S. Attorney (at the proper address),[1] when opened in the Mail Room of the U.S. Department of Justice, both were forwarded to the Torts Branch of the Department of Justice. The Torts Branch faxed a copy of the summons to the United States Attorney's Office on the

---

[1] The U.S. Attorney's summons was not, however, addressed to the "Civil Process Clerk," as required by Fed. R. Civ. P. 4(i)(1)(A).

afternoon of August 31, 2007, and the case was assigned to the undersigned Assistant U.S. Attorney after the intervening Labor Day holiday. Upon assignment to undersigned counsel primarily assigned to the case, the agency and plaintiff's counsel were contacted. Because of the above-described error by the Department of Justice Mail Room and the resulting delay, it was impossible to answer the complaint by the answer due date. Accordingly, it is respectfully requested that an extension of time for defendant's answer be granted, to and including September 30, 2007. As noted above, plaintiff consents to this motion. A proposed order is attached.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR , D.C. Bar # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/
CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney
United States Attorneys Office
Civil Division
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530
(202) 514-7137

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARY SANDERS,**<br>**Personal Representative of**<br>**Estate of Benjamin Sanders,**<br><br>        **Plaintiff,**<br><br>   v.<br><br>**UNITED STATES OF AMERICA,**<br><br>        **Defendant.** | Civil Action No. 07-01169 (ESH) |

## ORDER

Upon consideration of defendant's consent motion for extension of time and for good cause shown, it is this _____ day of _____, 2007,

ORDERED, that said motion is granted.  Defendant shall have to and including September 30, 2007, to file answer or other response in this case.

_____
UNITED STATES DISTRICT JUDGE