UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARY SANDERS**<br>**As Personal Representative of the**<br>**Estate Of Benjamin Sanders**<br>4354 D Street, SE<br>Washington, DC  20019<br><br>            Plaintiff,<br><br>    v.<br><br>**UNITED STATES OF AMERICA**<br><br>            Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Case No. 07 1169 (ESH)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

_____

## JOINT RULE 16.3 REPORT

Plaintiff and Defendant in the above-referenced case, by and through the undersigned counsel, hereby file this report regarding the results of the meeting of counsel pursuant to Local Rule 16.3.

### ITEMS DISCUSSED

On October 9, and October 28, 2007, counsel for the parties conferred and discussed the following items and reached the following agreements:

(1)    The parties believe that dispositive motions may dispose of the case, but that any such motions would not be appropriate until after discovery.  Accordingly, the parties propose a schedule providing for such motions after a period of time for discovery. The parties agree that the parties shall have 30 days from the close of discovery to file dispositive motions. Oppositions shall be filed within 30 days of service of the motion and reply briefs within 15 days of service of the oppositions.

(2)     The parties agree that any other parties shall be joined or the pleadings amended three weeks after the scheduling order is entered.  At this time, the parties are unable to narrow or agree upon any issues, but agree to do so, through discovery or otherwise, as the case proceeds.

(3)     The parties agree that the case should not be assigned to a magistrate judge.

(4)     The parties agree that settlement is not a realistic possibility at this time.  Plaintiff and Defendant will re-visit the issue as discovery proceeds and the facts become known to all parties.

(5)     The parties agree that use of the Court's Alternative Dispute Resolution may be appropriate at the close of discovery.

(6)     The parties agree that, upon the completion of discovery, a Motion for Summary Judgment may be appropriate.  The parties agree that each shall have 30 days after the completion of discovery to file a dispositive motion.  Oppositions shall be due within 30 days of service, and Reply briefs within 15 days of service of an Opposition.

(7)     The parties agree to the initial disclosures required by Rule 26(a)(1).  These disclosures will be made within 10 days after the deadline for amending the pleadings.

(8)     The parties agree to the limits on interrogatories, document requests, and requests for admission set forth for cases on the Standard Track in the applicable Court's Rules.  However, the plaintiff will require 20 depositions.  Defendant believes that 20 depositions are excessive.  The parties agree that discovery should be completed within 6 months of the November 2, 2007, Scheduling Conference.  The plaintiff will designate her experts 60 days prior to the close of discovery and the defendant will designate its experts 30 days before the close of discovery.  The parties agree that expert designations and reports may be supplemented

without sanctions if additional fact discovery changes the opinions of the experts.

(9) The parties agree to the Court's Rules governing expert disclosure and discovery, without modification.

(10) This is not a class action.

(11) The parties agree not to seek bifurcation at this time, but reserve the right to seek it after discovery.

(12) The parties agree that the Court should set a date for ADR and a pretrial conference date for a date after decisions on any dispositive motions.

(13) The trial date shall be set at the pretrial conference.

(14) The parties have conferred concerning the preservation of records and are taking steps to do so.

Respectfully Submitted,

_____/s/_____
W. Charles Meltmar, Esq., D.C. Bar #498610
1100 New York Avenue, N.W.
Suite 340, West Tower
Washington, D.C. 20005
Telephone: (202) 682-5800
Fax: 202-408-8851
Attorney for Plaintiff
cmeltmar@cochranfirm.com

_____/s/_____
JEFFREY A. TAYLOR , D.C. Bar # 498610
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

              /s/
_____
CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney
United States Attorneys Office
Civil Division
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530
(202) 514-7137

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY SANDERS ) | |
| As Personal Representative of the ) | |
| Estate Of Benjamin Sanders ) | |
| 4354 D Street, SE ) | |
| Washington, DC   20019 ) | |
| ) | |
| Plaintiff, ) | Civil Case No. 07 1169 (ESH) |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon consideration of the Joint Rule 16.3 Report submitted by the parties, it is by this Court this _____ day of _____, 2007,

ORDERED, that the following schedule will govern further proceedings in this case:

| | |
|---|---|
| Plaintiff's Expert Designation | March 2, 2008 |
| Defendants' Expert Designation | April 1, 2008 |
| Discovery Cutoff | May 2, 2008 |
| Motions Deadline | June 2, 2008 |
| Oppositions | July 2, 2007 |
| ADR | _____ |
| Pretrial Conference | _____ |
| Trial Date | _____ |

_____
UNITED STATES DISTRICT JUDGE