## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARY SANDERS** )<br>**As Personal Representative of the** )<br>**Estate Of Benjamin Sanders** )<br>**4354 D Street, SE** )<br>**Washington, DC  20019** )<br> )<br>      **Plaintiff,** )<br> )<br>**vs.** )<br> )<br>**UNITED STATES OF AMERICA** )<br> )<br>      **Defendant.** ) | **Civil Case No. 07 1169** |

---------------------------------------------------------------------------------------------

### CONSENT MOTION FOR COMPLIANCE WITH THE DISCLOSURE
### REQUIREMENTS OF RULE 26(a)(1)

COMES NOW, Plaintiff and Defendant, in the above-referenced case, by and through the

undersigned counsel, and hereby files this Consent Motion for the Compliance with the Initial

Disclosure Requirements of Rule 26(a)(1).  As grounds thereof, the parties state as follows:

1) The parties requested that they be subject to the disclosure requirements of Rule

   26(a)(1) in their Joint Rule 16.3 Report filed on October 10, 2007.

2) The Court omitted this request in its Scheduling Order of November 2, 2007 in the

   above-caption case.

WHEREFORE, the parties respectfully request that the Court issue an Order that the

parties be bound by the initial disclosure requirements of Rule 26(a)(1) and exchange materials

and information mandated by this rule on November 26, 2007.

/s/
_____
W. Charles Meltmar, Esq., Bar No. 438870
1100 New York Avenue, NW
Suite 340, West Tower
Washington, DC 20005
Telephone:  (202) 682-5800
Fax:  (202) 408-8851
Attorneys for Plaintiff
cmeltmar@cochranfirm.com




              /s/
_____
JEFFREY A. TAYLOR , D.C. Bar # 498610
United States Attorney


              /s /
_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney




              /s/
_____
CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney
United States Attorneys Office
Civil Division
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530
(202) 514-7137

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARY SANDERS** | ) |
| **As Personal Representative of the** | ) |
| **Estate Of Benjamin Sanders** | ) |
| **4354 D Street, SE** | ) |
| **Washington, DC   20019** | ) |
| | ) |
| **Plaintiff,** | )  **Civil Case No. 07 1169** |
| | ) |
| **vs.** | ) |
| | ) |
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **Defendant.** | ) |

_____

## ORDER

Upon consideration of the parties Consent Motion, it is by this Court this _____ day of _____, 2007.

ORDERED, that the parties will be bound by the initial disclosure requirements of Rule 26(a)(1); and is if further

ORDERED that the parties shall exchange the materials and information mandated by this rule on November 26, 2007.

_____
United States District Judge