UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARY SANDERS,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**UNITED STATES OF AMERICA,** )<br>)<br>Defendant. )<br>) | Civil Action No. 07-01169 (ESH) |

## MOTION FOR EXTENSION OF TIME

Pursuant to Fed. R. Civ. P. 6(b)(1), defendant moves this Court for a one-week extension of time, to and including December 3, 2007, to provide plaintiff with defendant's Initial Disclosures in this case, pursuant to Fed. R. Civ. P. 26(a)(1).  Defendant's Initial Disclosures are presently due November 26, 2007.  Plaintiff's counsel opposes this motion.

The parties' Meet and Confer Report filed with the Court provided that Initial Disclosures would be exchanged ten days after the deadline for amending the pleadings.  R. 7, ¶ 7.  Amendments to the pleadings were schedule to be filed three weeks after the scheduling order was entered. Id. at ¶ 2.  The scheduling order was entered on November 2, 2007.  R. 8.

Because the scheduling order did not provide for a deadline for Initial Disclosures, plaintiff's counsel filed a separate "consent" motion on November 13, 2007, which provided that Initial Disclosures would be due on November 26, 2007.  Although defendant consented to this motion, undersigned counsel did not record this new and shortened deadline on her calendar and believed that additional time was available for the exchange of Initial Disclosures in light of the earlier agreement.

Counsel and the agency (the Department of Veterans Affairs) are in the process of gathering the information necessary for defendant's Initial Disclosures, but have not completed the search for information. Plaintiff has already received most of the information defendant expects to uncover. On November 29, 2007, plaintiff's counsel will participate in a "site" visit of the scene of the accident; and, on or about December 10, 2007, depositions of defendant's Fed. R. Civ. P. 30(b)(6) witness(es) will take place.

Accordingly, it is respectfully requested that an extension of time for defendant to provide plaintiff with its Initial Disclosures, to and including December 3, 2007. A proposed order is attached.

                    Respectfully submitted,

                    /s/
                    JEFFREY A. TAYLOR , D.C. Bar # 498610
                    United States Attorney

                    /s/
                    RUDOLPH CONTRERAS, D.C. Bar # 434122
                    Assistant United States Attorney

                    /s/
                    CLAIRE WHITAKER, D.C. Bar # 354530
                    Assistant United States Attorney
                    United States Attorneys Office
                    Civil Division
                    555 4th Street, N.W., Room E-4204
                    Washington, D.C. 20530
                    (202) 514-7137

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARY SANDERS,**          ) | |
|                            ) | |
| **Plaintiff,**             ) | |
|                            ) | |
| v.                         ) | Civil Action No. 07-01169 (ESH) |
|                            ) | |
| **UNITED STATES OF AMERICA,** ) | |
|                            ) | |
| **Defendant.**             ) | |

## **ORDER**

Upon consideration of defendant's motion for extension of time and for good cause shown, it is this _____ day of _____, 2007,

ORDERED, that said motion is granted. Defendant shall have to and including December 3, 2007, to provide defendant's Initial Disclosures to plaintiff in this case.

_____
UNITED STATES DISTRICT JUDGE