IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY SANDERS )<br>As Personal Representative of the )<br>Estate Of Benjamin Sanders )<br>4354 D Street, SE )<br>Washington, DC 20019 )<br> )<br>    Plaintiff )<br> )<br>vs. )<br> )<br>UNITED STATES OF AMERICA )<br> )<br>    Defendant. ) | Civil Case No. 07 1169 |

**PLAINTIFF'S MOTION FOR CONTEMPT AGAINST THE DISTRICT OF COLUMBIA METROPOLITAN POLICE DEPARTMENTS FOR THEIR FAILURE TO PRODUCE DOCUMENTS REGARDING ITS INVESTIGATION OF BENJAMIN SANDERS' DEATH**

Plaintiff, Mary Sanders as the Personal Representative of the Estate of Benjamin Sanders, through her counsel, W. Charles Meltmar, submits the following Motion for Contempt pursuant to Fed.R.Civ.P. 45(e) as follows:

**I.   Overview**

This is a medical negligence case stemming from Defendant's failure to supervise Benjamin Sanders while he smoked in the smoking shelter of their long-term care facility in Washington, DC. On March 19, 2006 Benjamin Sanders was allowed to smoke alone and unsupervised. He was found engulfed in flames and died shortly after from burn related injuries.

## II. The Metropolitan Police Department has Failed to Respond to the Plaintiff's Subpoena

In an effort to discover information about Mr. Sanders' death, the plaintiff served a subpoena on the Metropolitan Police Department's custodian of record seeking investigative reports, notes, photographs, and other materials regarding their investigation into his death. The plaintiff served the Metropolitan Police Department with a subpoena on November 29, 2007 that required production of said materials by December 13, 2007. (Exhibit 1).

Counsel for plaintiff and staff at his office have called the Metropolitan Police Department no less than 6 times from the date of service (November 29, 2007) to December 18, 2007. The Metropolitan Police Department has not been able to state with any clarity when the records will be produced and has failed to produce any explanation for their delay[1].

## III. A Forthwith Hearing Is Necessary to Avoid Prejudice.

It is imperative to have a prompt resolution of these outstanding discovery issues so that Plaintiff can move forward with the prosecution of her case. Given that significant nature of this above-captioned case, Plaintiff respectfully requests a forthwith hearing to resolve these discovery issues.

## IV. Conclusion.

Wherefore, Plaintiff respectfully request that this Court enter an Order setting a forthwith hearing to consider the issues raised in their Motion for Contempt or, in the alternative, enter an

---

[1] The plaintiff also requested these materials via a FOIA request on November 7, 2007, but has not received them to date. (Exhibit 2).

Order compelling the Metropolitan Police Department to immediately produce the requested materials.

Respectfully submitted,

**THE COCHRAN FIRM**

/S/
W. Charles Meltmar, #438870
1100 New York Avenue, NW
Suite 340, West Tower
Washington, DC 20005
Telephone: (202) 682-5800
Fax: (202) 408-8851
Attorney for Plaintiff
cmeltmar@cochranfirm.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing Motion was **served via Process Server on the Metropolitan Police Department's Custodian of Records** and via first class mail and fax on December 19, 2007 to:

Claire Whitaker, esq.
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Room E-4204
Washington, DC 20530

/S/ _____
W. Charles Meltmar

4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY SANDERS<br>As Personal Representative of the<br>Estate Of Benjamin Sanders<br>4354 D Street, SE<br>Washington, DC  20019<br><br>Plaintiff<br><br>vs.<br><br>UNITED STATES OF AMERICA<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Case No. 07 1169<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Upon consideration of Plaintiff's Motion for Contempt and the [lack] of opposition thereto it is this _____ day of _____ 2007:

ORDERED that Plaintiff's Motion for Contempt shall be and hereby is GRANTED; and it is further

ORDERED that the Metropolitan Police Department shall produce the materials request pursuant to the Plaintiff's November 29, 2007 subpoena with 3 days of this Order.

_____
Judge Huvelle

Copies to:

W. Charles Meltmar, Esq.
The Cochran Firm
1100 New York Avenue, NW
Suite 340, West Tower
Washington, DC 20005


Claire Whitaker, esq.
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Room E-4204
Washington, DC 20530

Metropolitan Police Department
c/o Custodian of Records
1923 Vermont Avenue NW
Washington, DC 20005

# EXHIBIT 1

AO88 (Rev. 12/06) Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT

_____  DISTRICT OF  _____

| THE ESTATE OF BENJAMIN SANDERS | SUBPOENA IN A CIVIL CASE |
|---|---|
| V. | |
| UNITED STATES OF AMERICA | Case Number: 07 1169 |

TO: METROPOLITAN POLICE DEPARTMENT
ATTN: CUSTODIAN OF RECORDS
300 INDIANA AVE., NW, 3RD FLOOR
WASHINGTON, DC 20001

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | |
|  | DATE AND TIME |
|  | |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  | |

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Copies of police investigation reports, including reports prepared by Officers Nitz and Derrince; Copies of any and all documents, photos, notes, memos, and all other materials related to the investigation of the March 19, 2006 burning death of Benjamin Sanders at the Washington, DC Veterans Administration Hospital (50 Irving St., NW, Wash, DC).

| PLACE | THE COCHRAN FIRM<br>1100 NEW YORK AVE., NW, STE. 340 WEST TOWER, WASHINGTON, DC 20005 | DATE AND TIME<br>12/13/2007 10:00 am |
|---|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)<br>[signature] attorney for plaintiff | DATE<br>11/25/07 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
W. Charles Meltmar, Esquire, The Cochran Firm
1100 New York Avenue, N.W., Ste. 340 West Tower, Washington, DC 20005  (202)312-0715

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

AFFIDAVIT OF SERVICE

**DISTRICT OF COLUMBIA    UNITED STATES DISTRICT COURT    CIVIL DIVISION**

**Case No.** 07-1169

Plaintiff:
**THE ESTATE OF BENJAMIN SANDERS**

V.

Defendant:
**UNITED STATES OF AMERICA**

I, Colvin Roy, being duly sworn, depose and say that on the 29th day of November 2007 at 1130 hrs. I: Delivered a true copy of the **Subpoena**, to Herbert Mason a person who stated that he was authorized to accept service on behalf of The Metropolitan Police Department: Custodian of Records (to whom this subpoena is issued) in reference to the above case located at 300 Indiana Ave NW, Washington D.C.

**Description of Person Served:** Age: 35, Sex: M or F, Race/Skin Color: AA, Height: 5'10", Weight: 180, Hair: BLK, Glasses: Y or N.

The undersigned further certifies that he is over eighteen (18) years of age, and is not a party to this action.

I DO SOLEMNLY DECLARE AND AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE AFORESAID FACTS AND MATTERS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

**Colvin Roy**        **TruthSeekers, LLC**
                      **5814 Clover Rd**
                      **Baltimore, MD 21215**

WITNESS my official hand and seal this 3rd day of December 2007.

NOTARY PUBLIC

My Commission Expires: ANDREA I. BOWLING
NOTARY PUBLIC STATE OF MARYLAND
My Commission Expires November 28, 2009

# EXHIBIT 2

# THE COCHRAN FIRM


1100 NEW YORK AVENUE, NW • SUITE 340, WEST TOWER • WASHINGTON, D.C. 20005
TELEPHONE: (202) 682-5800 • FAX: (202) 408-8851
WWW.COCHRANFIRM.COM

November 7, 2007

Metropolitan Police Department
Attn: Traci L. Hughes, FOIA Officer
300 Indiana Avenue, N.W., 5125
Washington, DC 20001

      Re:   Incident Report # 06-035-963
               MCL # 06-2928
               Incident date: March 19, 2006

Dear Ms. Hughes:

    I am writing to request copies of the following documents related to the March 19, 2006 burning death of Benjamin Sanders at the Washington, DC Veterans Administration Hospital located at 50 Irving Street, NW, Washington, DC.

1. Copies of police and investigation reports, including Officers Nitz and Derrince;
2. Copies of all photographs;
3. Copies of notes and internal memorandums;
4. Copies of any and all documents related to the investigation; and,
5. Copies of any other materials related to the police departments investigation.

    Should you require any additional information in order to process this request, please do not hesitate to call. Thank you for your cooperation with this matter.

                                    Very truly yours,

                                    THE COCHRAN FIRM

                                    W. Charles Meltmar, Esq.

/wcm

Sanders, B.



**GOVERNMENT OF THE DISTRICT OF COLUMBIA
METROPOLITAN POLICE DEPARTMENT**

November 20, 2007

Mr. Charles Meltmar
The Cochran Firm
1100 New York Ave, NW, Suite 340
Washington, DC 20005

        RE: 08-140

Dear Mr. Meltmar:

This acknowledges the receipt of your request, captioned above, under the Freedom of Information Act.

The fifteen-day statutory time period permitted to process your request begins on the first full workday after the receipt of your request. The specific dates are determined by calendar, excluding Saturdays, Sundays, and legal holidays. Please be advised that a delay in responding to your request may occur due to the volume of requests or in an effort to identify and locate all releasable information included in your request.

You will receive written notice advising you of the availability of requested information, the cost (if any) for the search and duplication of requested materials, and how to obtain the information.

        Sincerely,

        *Matt Dottilli*
        For

        Ceol Tilghman
        FOIA Specialist
        Office of Communications
        Metropolitan Police Department