IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY SANDERS ) | |
| As Personal Representative of the ) | |
| Estate Of Benjamin Sanders ) | |
| 4354 D Street, SE ) | |
| Washington, DC  20019 ) | |
| ) | |
| Plaintiff ) | Civil Case No. 07 1169 |
| ) | |
| vs. ) | |
| ) | |
| UNITED STATES OF AMERICA ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S MOTION TO COMPEL THE UNITED STATE GOVERNMENT TO PRODUCE A "VIEWING LETTER."**

Plaintiff, Mary Sanders as the Personal Representative of the Estate of Benjamin Sanders, through her counsel, W. Charles Meltmar, submits the following Motion to Compel:

### I. Overview

This is a medical negligence case stemming from Defendant's failure to supervise Benjamin Sanders while he smoked in the smoking shelter of their long-term care facility in Washington, DC. On March 19, 2006 Benjamin Sanders was allowed to smoke alone and unsupervised. He was found engulfed in flames and died shortly after from burn related injuries.

The Metropolitan Police Department arrived on the scene of the fire and eventually secured and retained the electric wheel chair Benjamin Sanders was in at the time he caught fire, three fire extinguishers that were used to put the fire out that burned Mr. Sanders, and a collection of smoking paraphernalia. These items are currently in the custody of the

Metropolitan Police Department. (Exhibit 1). Plaintiff's counsel has spoken with the Metropolitan Police Department about inspect this evidence and learned that he must obtain a "viewing letter" before he may do so.

Plaintiff's counsel has *repeatedly request*ed that Claire Whitaker, Assistant US Attorney, defendant's counsel in the above captioned case, provide a "viewing letter" so that plaintiff's experts may inspect this evidence. Defense counsel has repeatedly agreed to do so, but has not done so. (Exhibit 2).

II.    **Plaintiff's Experts' Designations Due on February 29, 2008.**

Plaintiff's experts need to inspect the evidence of the Benjamin Sanders' fire in a timely manner so that their expert reports are complete. The defendant's attorney's refusal to produce the viewing letter is significantly prejudicing the plaintiff's case by denying her access to critical and highly probative evidence..

**WHEREFORE,** the plaintiff respectfully requests that this Court Order defendant's Counsel to provide a viewing letter immediately.

Respectfully submitted,

**THE COCHRAN FIRM**

/S/
_____
W. Charles Meltmar, #438870
1100 New York Avenue, NW
Suite 340, West Tower
Washington, DC 20005
Telephone: (202) 682-5800
Fax: (202) 408-8851
Attorney for Plaintiff
cmeltmar@cochranfirm.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARY SANDERS                                      )
As Personal Representative of the                 )
Estate Of Benjamin Sanders                        )
4354 D Street, SE                                 )
Washington, DC   20019                            )
                                                  )
       Plaintiff                              )  Civil Case No. 07 1169
                                                  )
vs.                                               )
                                                  )
UNITED STATES OF AMERICA                          )
                                                  )
       Defendant.                             )

ORDER

Upon consideration of Plaintiff's Motion to Compel and the [lack] of opposition thereto it is this _____ day of _____ 2008:

ORDERED that Defendant's Counsel produce a Viewing Letter within 24 hours of this Order so that the plaintiff may inspect the evidence the in the Custody of the Metropolitan Police Department.

                                                  _____
                                                  Judge Huvelle

Copies to:

W. Charles Meltmar, Esq.
The Cochran Firm
1100 New York Avenue, NW
Suite 340, West Tower
Washington, DC 20005


Claire Whitaker, esq.
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Room E-4204
Washington, DC 20530

# EXHIBIT 1

# METROPOLITAN POLICE DEPARTMENT
## CRIME SCENE EXAMINATION SECTION
## EVIDENCE REPORT

P.D. 668 Rev. 04/1997

| CSES NUMBER: 06-02928 | COMPLAINT NUMBER: 2006-035-963 | TECHNICIAN: Ralph E. Nitz | UNIT: CSIB | DATE: 03/19/06 |
|---|---|---|---|---|
| COMPLAINANT OR DECEDENT: Sanders, Benjamin B/M DOB. 05/21/41 | | OFFENSE: Fire - Death Investigation | | TIME: 2212 Hours |
| LOCATION OF OFFENSE: #50 Irving Street, Northwest, Washington D.C. (Smoking Room on second floor at Veteran Hospital) | | | | |
| TO: Commander O.S.D. | | FROM: Commanding Officer, C.S.I.B. | | |
| ATTENTION: Arson Branch Detective Todd Gray, D1-134 | | SECTION: Mobile Crime Unit | | |
| THUR: Special Services Command | | UNIT/DIVISION: Crime Scene Investigations Branch | | |

MCL# 06-02928

On Sunday, March 19, 2006, at approximately 2142 hours, Technicians Michael DePrince and Ralph Nitz received an assignment from Sergeant Wayne Rimel to respond to the Veterans Hospital located at #50 Irving Street NW, in reference to a fire Death Investigation. Technicians Michael DePrince and Ralph Nitz, at approximately 2212 hours, arrived at the scene and met with Veterans Administration Police Officer Thompson, Badge #1805, who escorted us to the crime scene located in the smoking room on the second floor of the hospital. The victim was removed from the smoking room to another area of the hospital for medical treatment. The wheelchair that the victim was sitting in had been removed from the smoking room and was located inside the Veterans Administration Police Officers office located on the first floor of the hospital. We met Report Officer Mac Bean, Violent Crime Unit Detectives Kimberly Lawrence and Dean Combee, who briefed us about the incident. DC Fire Department Fire Investigator Allen Lancaster had responded to the scene and had already left the scene. Later Arson Branch Detective Todd Gray, badge #D1-134, arrived at the scene. After conferring with the Detectives at the scene, the following services were provided.

**PHOTOGRAPHS:** Technician Michael DePrince took two (2) rolls of color photographs at the scene, see filmstrip numbers **O-05-554 and O-05-555.**

Technician Nitz took Seventy Two (72) digital image photographs at the scene, see filmstrip number **O-05-556.**

Veterans Administration Police Officer Thompson, badge #1805, turned over one (1) 3.5 inch floppy diskette containing digital image photographs that were taken at the scene and of the victim, see filmstrip number **O-05-557.**

**DIAGRAM:** Technician Michael Deprince prepared a sketch diagram with measurements.

## PHYSICAL EVIDENCE RECOVERED

**ITEM#01...** One   Green baseball cap was recovered lying on the smoking room floor. Located 9' 6" south from north wall and 5' 0" west from east wall.

| NAME OF MEMBER PREPARING REPORT: Ralph E. Nitz | BADGE NO: 3697 | REVIEWING OFFICIAL: | UNIT: CSIB |
|---|---|---|---|

FOR ID USE ONLY

| Latents are of no value: | Following Latent Prints are of Value: ___ FINGERS ___ PALMS ___ TIPS | Forwarded_____ By_____ |
|---|---|---|
| Per_____ | Per_____ | Entered_____ By_____ |
| Date_____ | Date_____ | Property Book No._____ Page No._____ |

P.D. 168a 7/1974

| METROPOLITAN POLICE DEPARTMENT WASHINGTON, D.C. | OFFENSE: Death Investigation | COMPLAINT NUMBER: 2006-035-963 | 06-02928 |
|---|---|---|---|
| CONTINUATION OF EVIDENCE REPORT | LOCATION: #50 Irving Street NW | CSES NUMBERS: 06-02928 | |

ITEM#02... One  Bic brand cigarette liter, blue in color, was recovered lying on the smoking room floor. Located 10' 0" south from north wall and 9' 2" west from east wall.

ITEM#03... One  Salem brand cigarette with the tip burned was recovered lying on the smoking room floor. Located 7' 10" south from north wall and 11' 1" west from east wall.

ITEM#04... One  Piece of burned material was recovered lying on the smoking room floor. Located 5' 11" south from north wall and 10' 1" west from east wall.

ITEM#05... One  Piece of burned material and debris was recovered lying on the smoking room floor. Located 7' 7" south from north wall and 6' 11" west from east wall.

ITEM#06... One  Broken red plastic pull lock tie was recovered lying on the smoking room floor. Located 6' 10 ½" south from north wall and 6' 7" west from east wall.

ITEM#07... One  American LaFrance brand, dry chemical fire extinguisher, model 6MB-4H, serial #JH-584513, with the safety pin out and the gauge in the red area on the recharge side, was recovered sitting on the smoking room floor on the north side of the entrance door. Located 3' 11 ½" south from north wall and 8" west from east wall.

ITEM#08... One  Fire Guard brand, fire extinguisher, model FF-5, serial #J-976941, with the safety pin out and no charge gauge, was recovered sitting on the smoking room floor on the north side of the entrance door. Located 3' 3" south from north wall and 1' 6" west from east wall.

ITEM#09... One  Fire Extinguisher Services Inc. brand, dry chemical fire extinguisher, model 5MB-6H-1995, serial #MS-722320, with the safety pin out and the gauge in the red area on the recharge side, was recovered sitting on the smoking room floor on the north side of the entrance door. Located 2' 7" south from north wall and 1' 4" west from east wall.

ITEM#10... One  White and blue color towel with burn marks was recovered lying on the smoking room floor in a pile with items 10-A through 10-D. Located 2' 5" south from north wall and 5' 5" west from east wall.

ITEM#10-A... One  White bedspread was recovered lying on the smoking room floor in a pile with items #10, 10-B through 10-D. Located 2' 5" south from north wall and 5' 5" west from east wall.

ITEM#10-B... One  White bedspread with burn marks was recovered lying on the smoking room floor in a pile with items #10, 10-A, 10-C and 10-D. Located 2' 5" south from north wall and 5' 5" west from east wall.

ITEM#10-C... One  White bedspread with burn marks was recovered lying on the smoking room floor in a pile with items #10, 10-A, 10-B and 10-D. Located 2' 5" south from north wall and 5' 5" west from east wall.

SIGNATURE OF REPORTING OFFICER: Ralph E. Nitz   ORG ELM: CSIB   PAGE 2 OF 3 PAGES   SIGNATURE OF REVIEWING OFFICIAL:

P.D. 668a 7/1974

| METROPOLITAN POLICE DEPARTMENT WASHINGTON, D.C. | OFFENSE: Death Investigation | COMPLAINT NUMBER: 2006-035-963 |
|---|---|---|
| *CONTINUATION OF EVIDENCE REPORT* | LOCATION: #50 Irving Street NW | CSES NUMBERS: 06-02928 |

06-02928

ITEM#10-D... One  Burgundy color long sleeve shirt, brand name "Jaquline", size "L", with a piece of tape on the right front with the writing "Wanda", with burn marks was recovered lying on the smoking room floor in a pile with items #10, 10-A through 10-C. Located 2' 5" south from north wall and 5' 5" west from east wall.

ITEM#11... One  Metal pull pin was recovered lying on the floor, near the middle of the south door sill, of the south door that enters the building from the walkway just outside the smoking room.

ITEM#12... One  Broken red plastic pull tie was recovered lying on the floor, against the north wall of the hallway of the building, by the south door that enters the building from the walkway just outside the smoking room. Located 1' 2" east from the doorframe of the south door entering the building from the walkway.

ITEM#13... One  White and blue color towel with burn marks was recovered lying on the seat of the wheelchair in item #15.

ITEM#14... One  Blue tote bag containing three straws and a card, with burn marks on the handle strap, was recovered hanging on the left rear handle of the wheelchair in item #15.

ITEM#15... One  Electric wheelchair, brand name "Invacare", with serial # E03133082, with burn marks was recovered inside the Veterans Administration Police Officers office on the first floor of the hospital.

**TECHNICIAN NOTES:**
The height from the floor of the smoking room to the overhead fire sprinkler was 8' 5". Items #01 through #15 were listed on the Mobile Crime Laboratory evidence book 1036, page 142. Items #01 and #14 were secured inside Technician Nitz's locked evidence bin and item #15 was locked inside the evidence room.

| SIGNATURE OF REPORTING OFFICER: Ralph E. Nitz | ORG ELM: CSIB | PAGE 3 OF 3 PAGES | SIGNATURE OF REVIEWING OFFICIAL: |

# EXHIBIT 2

## Charles Meltmar

**From:** Whitaker, Claire (USADC) [Claire.Whitaker@usdoj.gov]
**Sent:** Friday, February 01, 2008 11:03 PM
**To:** Charles Meltmar
**Subject:** RE: Sanders v. US - viewing letter

I can't write it tonight and am going away until 2/12. I will arrange for a viewing for both of us on 2/14 or 2/15. Please give me dates for the deposition of Ms. Sanders and her two daughters. Thanks. claire

**From:** Charles Meltmar [mailto:CMeltmar@CochranFirm.com]
**Sent:** Friday, February 01, 2008 10:06 AM
**To:** Whitaker, Claire (USADC)
**Subject:** Sanders v. US - viewing letter

I called the evidence department and they stated I need a letter from the US Attorney allowing me to view the evidence in the Sanders case. Would you please provide me with such a letter. Thanks

W. Charles Meltmar, Esq.
The Cochran Firm
1100 New York Avenue, NW
Suite 340, West Tower
Washington, DC  20005
(202) 312-0715

## Charles Meltmar

**From:** Whitaker, Claire (USADC) [Claire.Whitaker@usdoj.gov]
**Sent:** Wednesday, February 13, 2008 1:13 PM
**To:** Charles Meltmar
**Subject:** RE: Sanders v. US - inspection of fire extinguishers

Charles,

Once you get the okay, you can go any time, with or without me. It's up to you. Do you have the evidence tag nos. for all the materials? If so, please give them to me so I will be able to get the letter out first thing in the morning?

Thanks.

Claire

**From:** Charles Meltmar [mailto:CMeltmar@CochranFirm.com]
**Sent:** Wednesday, February 13, 2008 11:48 AM
**To:** Whitaker, Claire (USADC)
**Subject:** RE: Sanders v. US - inspection of fire extinguishers

I need a date for my expert to view the evidence. Do you want to go together?


W. Charles Meltmar, Esq.
The Cochran Firm
1100 New York Avenue, NW
Suite 340, West Tower
Washington, DC   20005
(202) 312-0715

>   -----Original Message-----
>   **From:** Whitaker, Claire (USADC) [mailto:Claire.Whitaker@usdoj.gov]
>   **Sent:** Wednesday, February 13, 2008 11:35 AM
>   **To:** Charles Meltmar
>   **Subject:** RE: Sanders v. US - inspection of fire extinguishers
>
>   I've been out of the office until today. Will send a letter to the MPD tomorrow.
>
>   **From:** Charles Meltmar [mailto:CMeltmar@CochranFirm.com]
>   **Sent:** Monday, February 11, 2008 6:01 PM
>   **To:** Whitaker, Claire (USADC)
>   **Subject:** Sanders v. US - inspection of fire extinguishers
>
>   Don't forget to arrange a date for inspection on 2/14 or 2/15. I also need a letter to do so. Do you want me to arrange the inspection. My expert can be in DC by 11 am.
>
>   W. Charles Meltmar, Esq.
>   The Cochran Firm
>   1100 New York Avenue, NW
>   Suite 340, West Tower
>   Washington, DC   20005
>   (202) 312-0715

2/19/2008