UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY SANDERS<br>As Personal Representative of the<br>Estate Of Benjamin Sanders<br><br>            Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA<br><br>            Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 07 1169 (ESH)<br>)<br>)<br>)<br>)<br>)<br>) |

### PLAINTIFF'S SECOND SUPPLEMENTAL 26(A)(1) DISCLOSURES

Plaintiff, pursuant to the Scheduling Order of November 2, 2007, hereby provides the following list of documents that the Plaintiff may use to support her claim.

I.  Pursuant to FRCP 26(a)(2), the following is a description of documents and things the Plaintiff may use to support her claims at trial:

   A. All documents, items, depositions, regulations, code provisions, and other materials identified by plaintiff's experts in their F.R.C.P. 26(a)(2) reports.  These supporting materials include all documents, source materials, articles, publications, life safety codes, OBRA and JCAHO regulations, VA policies, procedures and regulations, deposition transcripts, studies and investigations into the standard of care for smoking in long-term care facilities, witness statements, crime scene materials: including the wheel chair Benjamin Sanders was found burned in on March 19, 2006, articles of his clothing, blankets, photographs, fire extinguishers, smoking materials, lighters and other items in the custody of the Metropolitan Police Department.

   B. All depositions taken in this above-captioned case.

   C. All fire scene materials: including the wheel chair Benjamin Sanders was found burned in on March 19, 2006; articles of his clothing, blankets, fire extinguishers, photographs, smoking materials, lighters and other items in the custody of the Metropolitan Police Department.

II.     **Individuals With Discoverable Information**[1]

Pursuant to FRCP 26(a)(1), the following is a list of persons reasonably known to the plaintiff who are in possession of discoverable documents and tangible information which the plaintiff shall use to support its claims and defenses.

All the individuals who have been or will be identified by the defendant in its FRCP 26(a)(2) disclosures.

All individuals who will or have been deposed in the above-captioned case.

Respectfully submitted,

**THE COCHRAN FIRM**

_____/s/_____
W. Charles Meltmar, Esq., Bar No. 438870
1100 New York Avenue, NW
Suite 340, West Tower
Washington, DC 20005
Telephone: (202) 682-5800
Fax: (202) 408-8851
Attorneys for Plaintiff
cmeltmar@cochranfirm.com

---

[1] Plaintiff reserves the right to amend this list of individuals when discovery so mandates.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing Second Supplement to the Initial Disclosure was sent via electronic filing/email on March 20, 2008 to:

Claire Whitaker, esq.
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Room E-4204
Washington, DC 20530

/s/
W. Charles Meltmar

3