UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY SANDERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-01169 (ESH) |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## MOTION FOR EXTENSION OF TIME

Pursuant to Fed. R. Civ. P. 6(b)(1) and Local Civil Rule 16.4, defendant moves this Court for an extension of the deadline for defendant to file its Fed. R. Civ. P. 26(A)(2)(b) expert report from its "burn" expert, Dr. Stephen Milner, in this case filed under the Federal Tort Claims Act, 28 U.S.C. § 2671 et seq., to and including May 9, 2008. The deadline for expert disclosures is presently May 1, 2008. Dr. Milner is the Director of the Johns Hopkins' Burn Center, Chief of the Johns Hopkins' Division of Burns, Director of the Michael D. Hendrix Burn Research Center, and Surgical Director of the John Hopkins' Wound Healing Center.

Dr. Milner is the only one of four experts that defendant believes will not meet the present deadline of May 1, 2008.

The reason for the requested extension for Dr. Milner's report is based on Dr. Milner's unavailability to review the deposition transcript of plaintiff's expert, Dr. David Lozano, before rendering his opinion. Dr. Lozano's deposition was taken on April 15, 2008, and the transcript was ordered on an expedited basis, as were all of the deposition transcripts. It was received by undersigned counsel primarily assigned to the case on Friday, April 18, 2008. However, because Dr. Milner was out of the country during the week of April 21, 2008, he was unable to review it

before April 28, 2008. He was also out of the office on April 30, 2008. Because of Dr. Milner's unavailability, defendant's Fed. R. Civ. P. 26(a)(2) disclosures with regard to the extent of Mr. Saunders' burns, his survivability prospects, and Dr. Lozano's other conclusions, could not be finalized. Accordingly, defendant requests six additional working days to file Dr. Milner's Fed. R. Civ. P. 26(a)(2) disclosures. As Dr. Milner is a fulltime Professor as well as his other responsibilities to Johns Hopkins University, as outlined above, six working days are necessary to insure that a complete report with regard to his opinions may be rendered.

Pursuant the parties' agreement, Dr. Milner's deposition will be scheduled for the last week of May. Therefore, no other scheduling issue arise from this requested extension.

Plaintiff's counsel has indicated that plaintiff will oppose this motion.

In further support, defendant desires to assure the Court that every effort was made to insure that the May 1st deadline was met. After the Court granted defendant's motion for an extension of the deadline for defendant's expert discovery [Minute Order of March 26, 2006], depositions of plaintiff's four experts were taken. Specifically, the deposition of Ilene Warner-Maron (nursing care) was taken on April 8, 2008; the deposition of Dr. David Lonzano (burns) was taken on April 15, 2008; the deposition of Dr. Hammerman (fire safety) was taken on April 16, 2008; and, the deposition of Dr. Stephen Stefannacci (nursing home administration) was taken on April 21, 2008. Each deposition transcript was ordered on an expedited basis in an effort to meet the deadline set by the Court for defendant's expert reports As noted above, defendant's counsel deposed plaintiff's burn expert, Dr. David Lozano, on April 15, 2008. The expedited transcript was received on April 18, 2008, by counsel primarily assigned to the case and forwarded to Dr. Milner. However, unbeknownst to counsel, Dr. Milner was scheduled to be in London, England, during the week of April 21, 2008. Although he came back on Tuesday, April 29, 2008, Dr. Milner was out again on Wednesday, April 30, 2008. Accordingly, under the

current schedule, he had only one day to review Dr. Lozano's testimony and prepare his report. (Indeed, each expert has had to review hundreds of pages of records or testimony in a very abbreviated period.)

WHEREFORE, it is respectfully requested that an extension of time for defendant to file Dr. Milner's Rule 26(A)(2)(b) disclosures be extended to and including May 9, 2008. A proposed order is attached.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR , D.C. Bar # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/
CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney
United States Attorneys Office
Civil Division
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530
(202) 514-7137

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARY SANDERS,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**UNITED STATES OF AMERICA,** )<br>)<br>**Defendant.** )<br>) | Civil Action No. 07-01169 (ESH) |

### ORDER

Upon consideration of defendant's motion for an extension of time for Dr. Stephen M. Milner's Fed. R. Civ. P. 26(a)(2) report, any opposition thereto, and for good cause shown, it is this _____ day of _____, 2008,

ORDERED, that said motion is granted.  Defendant shall have to and including May 9, 2008, to file Dr. Milner's Fed. R. Civ. P. 26(a)(2) expert disclosures.

_____
UNITED STATES DISTRICT JUDGE