UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY SANDERS, ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 07-01169 (ESH) |
| UNITED STATES OF AMERICA, ) | |
| Defendant. ) | |

DEFENDANT'S EXPERT DISCLOSURES OF DR. GREGORY A. COMPTON,
CERTIFIED MEDICAL DIRECTOR (LONG TERM CARE FACILITIES)

The attached report of Dr. Gregory A. Compton was prepared pursuant to Fed. R. Civ. P. 26(a)(2)(B). Dr. Compton is a Board-certified physician in Geriatric Medicine and a Certified Medical Director. He provides expert opinions relating to the national standard of care relating to the smoking of residents in long term care facilities as it relates to Benjamin Saunders, the decedent in this case.

Defendant has retained three other testifying experts to respond to opinions rendered by plaintiff's expert, and to provide other expert opinions, on (1) the extent of decedent's burns and his chances of survival (Dr. Stephen Milner of Johns Hopkins University), (2) the cause of the conflagration based on an independent fire investigation and accident reconstruction (Mr. Hart Kerlin of Trident Engineering Associates, Inc.), and (3) the emergency care administered, cause of death and forensic medicine analysis (Dr. Terrance Baker). By separate filings, defendant has requested a two-day extension of time, to and including May 5, 2008, to file the expert disclosures of Dr. Baker and Mr. Kerlin, and a six-day extension of time, to and including May 9, 2008, to file the expert disclosures of Dr. Milner.

        Respectfully submitted,

        _____/s/_____
        JEFFREY A. TAYLOR , D.C. Bar # 498610
        United States Attorney


        _____/s/_____
        RUDOLPH CONTRERAS, D.C. Bar # 434122
        Assistant United States Attorney

        _____/s/_____
        CLAIRE WHITAKER, D.C. Bar # 354530
        Assistant United States Attorney
        United States Attorneys Office
        Civil Division
        555 4th Street, N.W., Room E-4204
        Washington, D.C. 20530
        (202) 514-7137

**OPENDELTA CONSULTING, Inc.**

Internal Medicine
Geriatric Medicine
Wound Care

GREGORY A. COMPTON, MD
2781 Westminster Rd.
Ellicott City, MD  21043
410.303.9972
gacompton@comcast.net

April 28, 2008

Claire Whitaker, Esquire
United States Attorney's Office
District of Columbia
555 4th Street, NW
Room E-4204
Washington, DC 20530

RE: Mary Sanders v. United States
    Civil Action No. 07 1169

Dear Ms. Whitaker:

I have been a duly licensed physician in the United States since 1978. I received my undergraduate degree in Engineering from the University of Virginia, Charlottesville, VA in 1973. I graduated from Howard University College of Medicine with a Doctor of Medicine degree in 1976. I completed a three-year residency in Internal Medicine in 1979. I became Board certified in Internal Medicine by the American Board of Internal Medicine in 1980. I became Board certified in Geriatric Medicine with a Certificate of Added Qualifications in Geriatric Medicine in 1988, the first year this certification was offered. I am in good standing with these Boards and my status is current.

I am a certified Medical Director by the American Medical Director's Association. I am a certified Wound Specialist by the American Academy of Wound Care. I have been in active practice of Geriatric and Internal Medicine continuously since 1979.

I have professional training, extensive experience and possess knowledge in the medical and nursing care of complex hospitalized and nursing home patients as well as special knowledge and training in wound care. I have cared for complex medical patients continuously since 1979.

I spend less than ten percent of my professional time reviewing legal cases for plaintiffs and defendants. I have given 21 depositions as an expert since 2003 and testified in five trials since 20005.

In preparation for the opinions expressed herein I have reviewed the following documents and photographs:
1. Medical Records from Washington DC VA medical center printed from VISTA.
2. Report of Richard G. Stefanacci, DO of the USP Health Policy Institute dated 2/23/2008.
3. Reports of Ilene Warner-Maron, PhD, RN, C dated 11/27/2006, 12.24/2006 and 2/22/2008.

4. Report of Daniel D. Lozano, MD dated 10/12/2007 and 2/25/2008.
5. Reports of David M. Hammerman, Fire Protection Engineer, PE dated 12/26/2006 and 2/28/2008.
6. Autopsy Report and photographs conducted by Office of Chief Medical Examiner, Government of the District of Columbia March 20, 2006.
7. Metropolitan Police Department Death Report dated 3/20/2006.
8. Metropolitan Police Department Incident Report dated 12/19/2007
9. VA CNRC Smoking Policy (CRNC Policy Memorandum No. 19) and other related Policies.
10. Department of Veterans Affairs Medical Center, Washington, DC Nursing Service Smoking Risk Protocol, Approved 10/204 and updated 10/2006.
11. Metropolitan Police Department Death Report
12. Various Photographs taken by MPD.
13. Deposition testimony of William Kao, MD taken March 17, 2008.
14. <u>Nursing Home Resident Smoking Policies</u>, an unpublished article written by Richard G. Stefanacci, DO
15. Deposition testimony of Frances B. Henderson taken December 11, 2007.
16. Deposition testimony of Sarah M. Colvin, MD taken December 13, 2007.
17. Deposition testimony of Raya Kheirbek taken 1/31/2008.
18. Deposition testimony of Jerry Lee Philips taken 1/31/2008.
19. Deposition testimony of Edita MICU taken 1/30/2008.
20. Deposition testimony of Sarah Reese-Stremtan, MD taken 3/5/2008.
21. Deposition testimony of Cleveland Walls taken 3/5/2008.
22. Deposition testimony of Robert Carnevale taken 1/30//2007.
23. Deposition testimony of Scott Burgoon taken 1/10/2007.
24. Deposition testimony of David M. Hammerman taken 4/16/2008.
25. Deposition testimony of Daniel D. Lozano, MD taken 4/15/2008.
26. Deposition testimony of Richard Stefanacci, DO taken 4/21/2008

**Pertinent Background Information**

Mr. Benjamin Sanders was 64 years old at the time of his death on 3/19/2006. He had been a resident of the VA CNRC. His medical providers had known him as early as 2001. He had a left hemiparesis due to a previous right MCA stroke. Additional diagnoses included: Diabetes, Type II on insulin, hypertension, Chronic Obstructive Lung Disease with continued cigarette smoking, Monoclonal Gammopathy, chronic renal failure, seizure disorder without any recent seizures and Bullous Pemphigoid. Additionally the record states that he had mild cognitive deficit (MMSE 26/30 on 2/27/2006), that he had garbled speech and was able to operate a motorized wheelchair without difficulty.

There was no mention in the medical records that Mr. Sanders had a progressive dementia such as Alzheimer's Disease. On an assessment dated 2/27/2006, signed by Sonika Pandey, MD he "had decision making capacity"; indicating that he was his own agent. On his last monthly assessment, on 3/3/2006 Mr Sanders was continent of bowel and incontinent of bladder, but could use a urinal. He could feed himself a soft diet, only needing set-up of his trays.

A Nurse Practitioner and a physician formally assessed Mr. Benjamin Sanders on at least a monthly basis. These providers were full time employees of the VA. There was an interdisciplinary care team process in place at the CNRC. No care provider deemed him an unsafe or high-risk smoker. He was permitted to smoke unsupervised. I saw no episodes of smoking accidents or attempts to smoke in other than designated areas. There were no documented incidents where ash or cigarettes were dropped on his clothing or chair. He was not using oxygen at the time of the fire and no oxygen tank was in the smoking area.

He chose to smoke against the advice of his doctor. His family provided the cigarettes and lighters. There is no mention in medical record that any family member expressed concern to staff about unsafe smoking practices by Mr. Sanders. The family was invited to, and often attended quarterly team conferences where care plans were discussed the interdisciplinary team.

**Brief Summary of Pertinent Autopsy Findings:**

Mr. Sanders had second and third degree burns over at least 55% of his body as autopsy photos demonstrate. The medical examiner did not estimate the percentage of body surface area burned. Mr. Sander's carboxy-hemoglobin was 3%, suggesting that he inhaled the products of combustion for a short period of time. The lungs were slightly heavier than normal, but were not filled with fluid. The upper airway was edematous; the epiglottis and the trachea showed signs of thermal injury. There were no autopsy findings to suggest another cause of death other than the fire (i.e. acute stroke or heart attack).

**Conclusions**

I have analyzed the above listed materials in this matter. Based on the analysis I conclude, to a reasonable degree of medical certainty, that:

1. There is no national standard that requires the use of a specialized form to assess hospital patients or nursing home residents for safe smoking.
2. Neither the CNRC at the VA in Washington, DC nor JCAHO, an accrediting agency for LTC facilities require the use of a specialized form or format to screen for unsafe smokers. Each resident is assessed individually for clinical factors that impact smoking safety. There is no template in the VA electronic medical record to assess for safe (or unsafe) smoking behaviors.
3. The level of attention and medical supervision of residents at the Washington, DC CNRC is more robust than in a community nursing home in that the nurse practitioners and doctors are on site all day and employed by the system. Through daily observation and interaction, the providers had detailed knowledge of the residents under their care. This fact lends support to the testimony that if the medical and nursing staff felt Mr. Saunders to be an unsafe smoker, they would have acted.
4. Mr. Saunders was frequently assessed by many members of the geriatric healthcare team while a resident at the CNRC. There are no medical record entries or deposition testimony that states he was an unsafe smoker.

5. There is no evidence in the medical record that Mr. Sanders had functionally or cognitively declined leading up to the incident of 3/19/2006. Mr. Saunders's cognitive impairment was vascular in nature and not progressive.
6. Mr. Sanders had a hospital admission on 1/22/06 and was discharged back to the nursing home on 1/25/2006. He was hypoxic during that stay and was thought to have had pneumonia. He returned to his baseline state after that event.
7. Mr. Sanders had been smoking in the CNRC, without incident, for at least one year prior to 3/19/2006. He had the ability to manage the active smoking task. Therefore it follows that he had the mental capacity to find the cigarette, put it in his mouth, find the lighter, and light the cigarette. It also follows that he was able to safely dispose of the ash and extinguish the smoking device. He had the capacity to know to smoke only in designated smoking areas and complied with the rule.
8. Mr. Sanders had full use of his right hand and arm such that he could operate a motorized wheelchair and manage the smoking task. There was no indication that he could not self-manage a smoking mishap such as dropped ash or dropped cigarette. Nurse practitioner Ashraf Alehossein testified that, based on her knowledge of the patient, he could self manage in case of a fire. Dr. Raya Kheirbek, the unit Medical Director, does not recall either way if she assessed Mr. Sanders as to his ability to self-manage in case of a fire.
9. Given that he was not deemed an unsafe smoker and could handle a smoking mishap, Mr Sanders did not require staff supervision while smoking.
10. Mr. Sanders had intact path-finding ability. He could, without assistance, once in his motorized chair, move about the facility and find the smoking room/deck. Given the use of his right hand and the capacity to operate the chair, there is no reason to suspect that Mr. Saunders could not have motored to an area with staff if there was smoldering fire in his chair.
11. The Plaintiff's fire expert is of the opinion that the fire started on the patient's left side in the cushion. This would have allowed Mr. Sanders to use his right hand to operate the chair and move out of the room at the start of the smoldering fire process.
12. The most likely cause of Mr. Saunders death was thermal inhalational injury or asphyxiation due to the fire. I share this opinion with Dr. Daniel D. Lozano, the Plaintiff's burn expert.
13. Given the extent of the fire described by the eye witnesses and the extent of the burns in photographs, Mr. Sanders would have died due to the thermal inhalational injury or asphyxiation no matter the manner or timing of any resuscitative efforts.
14. The exact time of Mr. Sander's death is indeterminate. The testimony of the eye witnesses is that Mr. Sanders was not moving at the point the fire was extinguished. There is no testimony that he was breathing at that instant. Given the extent of the burns and the description of the fire it is extremely likely that he died during the fire.
15. I agree with Dr. Lozano that given Mr Sander's age, the extents of the burns, the inhalation thermal injury, in the context of his baseline COPD, that the probability of survival was zero.

Based on my review of the records, my training and experience, it is my opinion, that Mr. Saunders was assessed on numerous occasions by multiple providers and not found to be an unsafe smoker. He was formally assessed by his medical team on 2/27/2006. It was proper to allow him to maintain possession of cigarettes and lighters. Furthermore, it was not a breach of

the standard of care to allow Mr. Benjamin Sanders to smoke unsupervised. The bulk of the medical evidence supports the contention that Mr. Saunders could self manage a smoking mishap.

The standard of care, as reflected in JCAHO, does not require a formal safe smoking assessment tool. The standard requires that nursing home residents be evaluated so that unsafe smokers can be identified. Once identified as an unsafe smoker then appropriate measures are taken.

Based on my review of the records, my training and experience, it is my opinion, that Mr. Saunders was not alive at the time the fire was extinguished. Therefore the manner and timing of how his resuscitation was conducted is mute.

All the opinions expressed herein are true to reasonable degree of medical certainty. I reserve the right to amend or offer additional opinions on this matter, if subsequent discovery yields additional information.

Respectfully submitted,

*[signature]*

Gregory A. Compton, MD

CURRICULUM VITAE

# Gregory Alan Compton, MD, CWS, CMD

OpenDelta Consulting, Inc.
*Geriatric Medicine/Internal Medicine/Wound Care*
2781 Westminster Rd. ** Ellicott City, MD 21043
O. 410-303-9972 ** fax 410-505-4679
gacompton@comcast.net

## EDUCATION AND AWARDS

Internal Medicine Residency (PGY I –III)
University of South Florida, Tampa, FL  1976 to 1979

Doctor of Medicine
Howard University, Washington, DC, 1976
Alpha Omega Alpha Honor Medical Society, awarded 1976

BS Engineering, with Distinction
University of Virginia, Charlottesville, VA, 1973
Tau Beta Pi Honor Society, awarded 1973

## CURRENT LICENSES

Maryland D24942, issued May 1980
Virginia 0101055407, issued February 1997

## CERTIFICATIONS

Subspecialty Certification, Added Qualifications in Geriatric Medicine
American Board of Internal Medicine, Candidate No. 072624
Originally certified 1988, mandatory recertification 1998 valid through 2008

Diplomate in Internal Medicine
American Board of Internal Medicine, Candidate No. 072624, Certified 1980, voluntary recertification completed 1998, not time limited

Certified Medical Director
American Medical Directors Association, 2004

Diplomate, American Association of Wound Management
Certified Wound Specialist, 10-year certification valid through 2013

## ADDITIONAL TRAINING

Assessment and Counseling the Older Driver, Train the Trainer Session
Sponsored by the American Medical Association
Chicago, IL  June 16, 17/2006  (12 hours)

Mediation for the Professional (20 hour training) completed 3/2005
Advanced Mediation Training (20 hours of training to complete 40 hours) 4/2006
Center for Dispute Settlement, Washington, DC  2005

Conflicts in Health Care (UMAB Law School Course)                Fall Semester 2004
University of Maryland School of Law, Baltimore, MD

Forensic Wound Identification & Documentation of Abused Vulnerable Persons, Elder Abuse and Intimate Partner Violence Victims: A Statewide Training Program August 23, 2003. Daniel Sheridan, PhD, RN instructor. Landover, MD

CMD Training, Modules A, B & C
Sponsor: American Medical Directors Association Columbia, MD
Tucson, AZ November 26 – December 2, 2001

Intensive in Advanced Wound Care, Certificate of Training
Villa Marie Nursing Center, Miami FL, Sponsor University of South Florida, 2001

Intensive Bioethics Course XXVI
Georgetown University, Washington, DC, 2000

Dementia Mini-Fellowship (3 days)
University of Rochester Medical Center, Rochester, NY, 1998

Training in Medical Hypnotherapy, Ericksonian Hynotherapy, Neuro-Linguistic Programming and Brief Solution Focused Therapy  (60 hours)
American Hypnosis Training Academy, Silver Spring, MD, 1997

Clinical Training in Behavioral Medicine, Onsite Intensive (30 hours)
Harvard Medical School, Boston, MA, 1993

Gestalt Psychotherapy Intensive Training, Certificate of Training (2 year program)
Gestalt Psychotherapy Training Center of Washington, DC, 1992

## PROFESSIONAL EXPERIENCE

| | |
|---|---|
| Hospitalist Physician | 2007 - Present |
| University Specialty Hospital, Baltimore, MD | |
| | |
| Senior Staff Physician | 2003 - Present |
| Hebrew Home of Greater Washington (558 bed SNF), Rockville, MD | |
| | |
| Principal | 1986 - Present |
| OpenDelta Consulting, Inc. | |
| Private practice in Internal Medicine, Geriatric Medicine and Wound Care | |
| Including Independent Geriatric Evaluations for | |
| Long Term Care Facilities and Public Service Agencies | |
| | |
| Associate medical Director | 2007 - Present |
| Evercare Hospice & Palliative Care  Elkridge, MD | |
| | |
| Geriatric Physician Consultant | 2003 - Present |
| Maryland Motor Vehicle Administration Medical Advisory Board | |
| | |
| Physician Consultant | 1998 - 2005 |
| Adult Protective Service, Department of Social Services | |
| Prince George's County, MD | |

| | |
|---|---|
| Medical Director<br>Rehab & Special Care Center (70 bed Subacute Unit)<br>Hebrew Home of Greater Washington, Rockville, MD | 1999 - 2003 |
| Physician Consultant<br>Elder Abuse Program, Department of Family Services<br>Prince George's County, MD | 1996 - 2002 |
| Medical Director<br>Senior Care Center, Mary Washington Hospital, MediCorp Health System<br>Fredericksburg, VA | 1997 - 1999 |
| Health Officer<br>City of Laurel, MD | 1982 - 1997 |
| Senior Partner<br>Private Practice, Internal Medicine & Geriatrics<br>Drs. Compton, Casas & Kundrat, PA, Laurel, MD | 1981 - 1997 |
| Medical Director<br>Sykesville Nursing Home and Rehabilitation Center, Sykesville, MD | 1992 - 1996 |
| Medical Director<br>Nursing Home and Subacute Nursing Unit<br>Mariner at Greater Laurel (Previously Greater Laurel Nursing Home)<br>Laurel, MD | 1981 - 1995 |
| Medical Director<br>South Baltimore Family Health Center, Baltimore, MD<br>Commissioned Corps US Public Health Service, Active Duty | 1980 - 1981 |
| General Internist; Assistant Medical Director<br>North Penn Comprehensive Health Service Corporation, Blossburg, PA<br>Commissioned Corps U.S. Public Health Service, Active Duty | 1979 - 1980 |

## MILITARY SERVICE

| | |
|---|---|
| Commissioned Corps U.S. Public Health Service, Active Duty | 1979 -1981 |
| Commissioned Corps U.S. Public Health Service, Inactive Reserves | 1981 – 1996 |

## PROFESSIONAL PRO BONO ACTIVITIES

| | |
|---|---|
| Medical Reserve Corps (under the auspices of US PHS)<br>Howard County Maryland | 2006 - Present |
| Chairman<br>Bioethics Committee, University Specialty Hospital, Baltimore, MD | 2008 - Present |
| Physician Member<br>Bioethics Committee, Hebrew Home of Greater Washington, Rockville | 1999 - 2007 |

| | |
|---|---|
| Medical Director | 1992 - 1997 |
| Greenbelt Adult Care Center, Greenbelt, MD & | |
| Laurel Adult Day Care Center, Laurel, MD | 1995 - 1997 |
| | |
| Chairman | 1995 - 1997 |
| Bioethics Committee, Laurel Regional Hospital, Laurel, MD | |
| Bioethics Committee, Member | 1987 - 1997 |
| | |
| Physician Member | 1984 - 1985 |
| Maryland Elder Abuse Task Force, Hyattsville, MD | |

**CURRENT HOSPITAL AFFILIATIONS**

| | |
|---|---|
| Suburban Hospital, Bethesda, MD, Community Care Staff | 7/1999 - Present |
| Maryland VA Medical Center, Baltimore, MD | 6/2007 - Present |
| University Specialty Hospital, Baltimore, MD | 8/2007 - Present |
| Northwest Hospital Center, Randalstown, MD | 10/2007 - Present |

**CURRENT NURSING HOME AFFILIATIONS**

| | |
|---|---|
| Hebrew Home of Greater Washington  Rockville, MD | 2/1999 – Present |
| Forrest Haven Nursing & Rehab Catonsville, MD | 12/2007 - Present |
| Frederick Villa Nursing & Rehab Catonsville, MD | 12/2007 - Present |
| Summit Park Health & Rehab Catonsville, MD | 12/2007 – Present |
| FutureCare Lochern  Baltimore, MD | 1/2008 – Present |
| Levindale Hebrew Geriatric Center Baltimore, MD | 1/2008 – Present |

**PROFESSIONAL ASSOCIATIONS**

American College of Physicians
American Geriatrics Society
American Medical Directors Association
Kennedy Institute of Bioethics, Member

**TEACHING ACTIVITIES**

| | |
|---|---|
| Maryland VA Medical Center, Baltimore, MD | 6/2007 - Present |
| Instructor in Geriatrics, GRECC | |
| | |
| Clinical Preceptor | |
| George Washington University College of Medicine | |
| Medical Students and Residents on Geriatric Rotation at | |
| Hebrew Home of Greater Washington | 2000 – 2007 |
| | |
| Clinical Preceptor | 2001 – 2007 |
| Assistant Professor | 2007 – Present |
| Division of Geriatric Medicine | |
| Department of Internal Medicine | |
| Georgetown University College of Medicine | |
| Washington, DC | |

| | |
|---|---|
| Instructor | 1999 - 2002 |
| Program Liaison | 2002 - 2004 |

Hebrew Home as Clinical Training Center
Washington, DC Area Geriatric Education Center Consortium (WAGECC)


## PUBLICATIONS

Cohen-Mansfield J, Lipson S, Patel D, Tomsko-Nay P, Compton G, et al. Wisdom From the Front Lines: Clinician's Description of Treating Agitation in the Nursing Home, A pilot Study. *J Am Med Dir Assoc*. 2005; 6:257-264.

Compton GA, Woods L. Setting Realistic Goals in the Management of Pressure Ulcers in LTC. *Georgia Med Dir Assoc Newsletter* (2003) 9, Issue 4.

Leaper D, Battistino P, Compton G et al. Growth Factors and Interactive Dressings in Wound Repair. *Journal European Wound Mgt Assoc* (2002) 2, 17-23.

Compton, G. Commentary on: A day hospital and crisis respite program was less expensive than a hospital inpatient program in the acute psychiatric illness. *Evidence-Based Medicine* (Mar/Apr 1997) 64.

Walker, RE, Compton, GA and Langham, ME. Pneumatic Applanation Tonometer Studies. IV. Analysis of Pulsatile Response. *Experimental Eye Research* (1975) 20, 245-253.

Compton, GA. *Implementation of a Skin Care Program in a Large Extended Care Facility: Recognizing the Challenges*. A poster presentation at 19th Annual Clinical Symposium on Advances in Skin & Wound Care. September 30 to October 2, 2004 Phoenix, AZ. Presented again at the 9th National NPUAP Conference February 25-26 2005 Tampa, FL

Compton, GA. *Use of a Heel Pressure Relief Mattress Replacement System in a Large Post Acute Rehabilitation Program*. A poster presentation at the 9th National NPUAP Conference February 25-26 2005 Tampa, FL.

Compton, GA *A Program to Simplify the Treatment of Skin Tears in Long Term Care Using a Self Adhesive Polyurethane Thin Foam Product*. A poster presentation at the 9th National NPUAP Conference February 25-26 2005 Tampa, FL

Gregory A. Compton, MD410-303-9972
OpenDelta Consulting, Inc.
2781 Westminster Rd.
Ellicott City, MD 21043**April 28, 2008**

Fee Schedule for Record Review and Expert Testimony

| | |
|---|---|
| Chart Review of mailed records | $ 350.00/ hour  (minimum 3 hours) |
| Review of subsequent mailed records, same case. | $ 350.00/ hour  (no minimum) |
| Chart Review, local on site | $ 350.00/ hour  (min 3 hours) Portal to portal |
| Phone consultation with counsel | $ 350.00/hour (no min., billed in 20 min increments) |
| Expert testimony, deposition | $ 1500.00 minimum for first 4 hours then $400/hour for each additional hour or part thereof |
| Expert testimony, trial | $ 3500.00/day |
| Travel day(s) for deposition or trial | $ 2000.00/ day or part thereof |
| Travel/expenses | In advance prior to travel |
| Cancellation or postponement of deposition less than 7 days notice | $ 500.00 |
| Printing of records (as needed) of files transmitted electronically or on CD | $    00.10 per page |
| Long distance phone and fax | No charge |
| Retainer to be submitted with initial records | $ 1500.00 |

Gregory A. Compton, MD
TIN: 57-1185703

TO:  Claire M. Whitaker
        Assistant US Attorney

I have reviewed and agree to the above fee schedule.

_____            _____
                                                                                                        Date

Gregory A. Compton, MD
Expert Witness case documentation

| Case | Court | State | Case # | Plaintiff | Defendant | Depo | Date | Trial | Date |
|---|---|---|---|---|---|---|---|---|---|
| 1 | State Ct of Gwinnett | GA | 03-C00908-1 | T. Sullivan & Estate of Aldrich | Heritage Health | Y | 5/14/2004 | N | n/a |
| 2 | Superior Ct of Gwinnett | GA | 02-A13260-7 | Estate of Grant | B. Abraham, MD | Y | 7/7/2004 | N | n/a |
| 3 | State Ct of Bibb Co | GA | 53249 | P. Hill & Estate of M. Wade | Baptist Village, Inc | Y | 9/20/2004 | N | n/a |
| 4 | **Superior Ct for Maricopa** | **AZ** | **CV 2003-017603** | **Mildred Fazio** | **Life Care Centers/Paradise Valley** | **Y** | **8/16/2005** | **Y** | **11/5/2005** |
| 5 | Cir Ct of 2nd Cir, Leon Co | FL | 03 CA 603 | Estate of Katie Mae Cobb | Vantage; Beverly (Capital Health) | Y | 3/18/2005 | N | n/a |
| 6 | Cir Ct of 11th Cir, Dade Co | FL | 03 30215 CA 25 | Irene Diaz as PR of Estate C. Cue | Palm Springs General Hospital | Y | 4/22/2005 | N | n/a |
| 7 | **Baltimore City Cir Court** | **MD** | **24-C-03-006211** | **Mary Ray** | **Overlea Adult Day Care** | **N** | **n/a** | **Y** | **6/21/2005** |
| 8 | Super Ct Dist of Columbia | DC | 004115-04 | Estate of Joan Brawner | Washington Hospital Center | Y | 9/28/2005 | PENDING | 1/8/2009 |
| 9 | US District Ct, Wst Dist of KY at Bowl | KY | 1:04CV-1-R | Estate of M. Greer | Britthaven of Bowling Green | Y | 9/12/2005 | N | n/a |
| 10 | Cir Ct Co of Washtenaw | MI | 04-1307 NH | Estate of M. Massey | Heartland - Ann Arbor | Y | 3/28/2006 | N | n/a |
| 11 | Superior Ct of Sumter Co | GA | 04CV-153H | Estate of M. Storey | Magnolia Manor | Y | 4/1/2006 | N | n/a |
| 12 | Cir Ct Baltimore Co | MD |  | Lamont Young | Prison Health Systems | Y | 4/11/2006 | N | n/a |
| 13 | Super Ct Dist of Columbia | DC | CA 05-004532 | Estate of Jerry Essix | VMT LT Health Care Mgt | Y | 9/22/2006 | N | n/a |
| 14 | **Sup Ct of New Haven** | **CT** | **CV 03-0480767-S** | **Doris McInnis** | **Hospital of St. Raphael** | **Y** | **10/2006** | **Y** | **5/7/2007** |
| 15 | Cir Ct for Prince Georges Co | MD | CAL05-24960 | Shirley Ann Brown | So Maryland Hospital | Y | 12/4/2006 | N | n/a |
| 16 | Cir Ct Co of Wayne | MI | 05-508103-NH | Julia Dickey | Detroit Medical Center | Y | 7/28/2006 | N | n/a |
| 17 | Cuyahoga Co Ct of Common Pleas | OH | 1017554-259 | Beverly Harris guardian Wm. Harris | A Caring Alternative | Y | 11/26/2007 | N | n/a |
| 18 | Cir Court for Baltimore Co. | MD | 24-C-03-006211 | Smoot/Cooper | Franklin Sq Hospital | Y | 8/3/2007 | N | 8/3/2007 |
| 19 | **Superior Ct of NJ-Atlantic Co** | **NJ** | **L-3632-04** | **Bruni/Est of M. Barnabie** | **N. Parikh, MD** | **N** | **n/a** | **Y** | **8/7/2007** |
| 20 | US District Ct for the DC | DC | 8402-06 | Elijah Banks/Estate of Mia Banks | WMATA | Y | 11/19/2007 | PENDING | 7/28/2008 |
| 22 | **Circuit Ct for Prince Georges** | **MD** | **CEA 06-18022** | **Fletcher** | **Soto** | **N** | **n/a** | **Y** | **12/31/2007** |
| 22 |  | FL |  | Henry Handler | Tampa General, et al | Y | 7/27/2007 | N | n/a |
| 23 | Cir Ct for the Co of Ottawa | MI | 06-55631-NH | Estate of Anna Steinbach | HCR MC Heartlands of Holland | Y | 6/15/2007 | PENDING | unk |
| 24 | Cir Ct for the Co of Wayne | MI | 06-633800NH | Estate of Katherine Howard | Oakwood Health& P. Bhardwaj, MD | Y | 2/1/2208 | PENDING | unk |

Gregory A. Compton, MD
Expert Witness case documentation

| Case | Court | State | Case # | Plaintiff Counsel | Defennce Counsel |
|---|---|---|---|---|---|
| 1 | State Ct of Gwinnett | GA | 03-C00908-1 | Jan P. Cohen | Kelly R. Castellow |
| 2 | Superior Ct of Gwinnett | GA | 02-A13260-7 | Prescott L. Nottingham | TW Benton, III |
| 3 | State Ct of Bibb Co | GA | 53249 | Bradley J. Watkins | JC Daniels |
| 4 | Superior Ct for Maricopa | AZ | CV 2003-017603 | Barton J. Fears | Jill Goldsmith |
| 5 | Cir Ct of 2nd Cir, Leon Co | FL | 03 CA 603 | Dean R. LeBoeuf | Christopher J. Karpinski |
| 6 | Cir Ct of 11th Cir, Dade Co | FL | 03 30215 CA 25 | Maria Rubio | Douglas McDuff |
| 7 | Baltimore City Cir Court | MD | 24-C-03-006211 | Diane Littlepage | Mary M. DiMaio |
| 8 | Super Ct Dist of Columbia | DC | 004115-04 | Bradley D. Schwartz | Albert D. Brault |
| 9 | US District Ct, Wst Dist of KY at | KY | 1:04CV-1-R | Kelly Thompson | Btron Miller |
| 10 | Cir Ct Co of Washtenaw | MI | 04-1307 NH | Ronald Applebaum | R. Scott Glover |
| 11 | Superior Ct of Sumter Co | GA | 04CV-153H | | William H. Gregory, III |
| 12 | Cir Ct Baltimore Co | MD | | Bradley D. Schwartz | Ronald Guziak |
| 13 | Super Ct Dist of Columbia | DC | CA 05-004532 | Bradley D. Schwartz | Nevis |
| 14 | Sup Ct of New Haven | CT | CV 03-0480767-S | Charles R. Douthat | Catherine W. Steiner |
| 15 | Cir Ct for Prince Georges Co | MD | CAL05-24960 | Bradley D. Schwartz | So Maryland Hospital |
| 16 | Cir Ct Co of Wayne | MI | 05-508103-NH | Ronald S. Bowling | Kimberly A. Berger |
| 17 | Cuyahoga Co Ct of Common Pl | OH | 1017554-259 | Jonathon D. Mester | Todd M. Raskin |
| 18 | Cir Court for Baltimore Co. | MD | 24-C-03-006211 | Diane Littlepage | James R. Chasen |
| 19 | Superior Ct of NJ-Atlantic Co | NJ | L-3632-04 | Samuel Kasrissen | WEMED (firm) |
| 20 | US District Ct for the DC | DC | 8402-06 | James Cleaver | Kathleen A. Carey |
| 22 | Circuit Ct for Prince Georges | MD | CEA 06-18022 | | Delante M. Stevens |
| 22 | | FL | | Neal O'Toole | J. Charles Ingram |
| 23 | Cir Ct for the Co of Ottawa | MI | 06-55631-NH | Patrick J. Nolan | R. Scott Glover |
| 24 | Cir Ct for the Co of Wayne | MI | 06-633800NH | Ronald Applebaum | Renee S. Siegan |