UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARY SANDERS,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**UNITED STATES OF AMERICA,** )<br>)<br>Defendant. )<br>) | Civil Action No. 07-01169 (ESH) |

NOTICE OF FILING OF KERLIN EXPERT DISCLOSURES INCLUDING
PHOTOGRAPHS, DIAGRAMS, AND
VIDEO DEMONSTRATION ON COMPACT DISK

Notice is given of the filing, on May 5, 2008, of the opinion and attachments to the Kerlin expert disclosures, including photographs, diagrams, and a recording on disk of a demonstration relating to the opinions provided by Hart Kerlin, defendant's fire investigation expert. The report and attachments are being filed with the Clerk's Office in hard copy and compact disk format and served on plaintiff's counsel by first class mail, postage prepaid, this 5th day of May, 2008.

Respectfully submitted,

         /s/
CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney
555 4th St., N.W.  Room E-4204
Washington, D.C. 20530
202-514-7137