UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MARY SANDERS, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 07-01169 (ESH) |
| UNITED STATES OF AMERICA, | ) ) ) | |
| Defendant. | ) ) | |

ERRATA

On May 5, 2008, defendant filed the expert disclosures, pursuant to Fed. R. Civ. P. 26(a)(2)(B), of two of its experts in this case, i.e., Dr. Terrance Baker and Mr. Hart Kerlin. Docket Entry # 22. Defendant inadvertently left out of that filing Mr. Kerlin's curriculum vitae and qualifications statement. This document was sent to plaintiff by email this date and is herewith transmitted by ECF filing to the Court.

Respectfully submitted,

/s/
CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney
555 4th St., N.W. Room E-4204
Washington, D.C. 20530
202-514-7137

**HART C. KERLIN, BS, CFEI**

B.S. Criminal Justice, University of Baltimore, Maryland
A.A. Police Administration, Catonsville Community College, Maryland

**FIELDS OF SPECIALTY:**  Fire origin and cause investigation and insurance claims.

**MAJOR PROFESSIONAL EXPERIENCE**

Director of Fire Investigation, Trident Engineering Associates, Inc., Annapolis, Maryland.  Specializing in fire origin and cause investigations.  November 2007 to present.

Lead Fire Investigator, Nationwide Insurance Company, Special Investigative Unit.  Handling all types of coverage claims but specializing in fire and explosion claims. 1993-2007.

Special Agent, INS Investigations Bureau, Inc.  Working for various insurance carriers but primarily performing fire origin and cause investigations.  Areas included Maryland, Delaware, Washington, DC, Northern and Western Virginia, and the Carolinas.  Member of the International Response Team. December 1981-1993.

Licensee/Investigator, Special Agent, Independent Private Investigation, Inc.  Performed work under Allen Investigations then under personally owned company, IIS Investigations. Working primarily fire claims for fire origin and cause; also worked part time for Maryland Racing Commission in Laurel, Maryland.  Was a licensed private investigator in the State of Maryland. 1986-1988.

Detective/Police Officer, Baltimore City Police Department, Baltimore, Maryland.  Transferred to detective unit to work property crimes, burglary, larceny, and con games.  Duties as a member of the Arson and Bomb Unit included teaching recruits and in-service classes in the City Police Academy for fire scene safety and basic fire/arson investigation.  Performed on-scene fire investigations and post-blast investigations with the fire department, handling accidental fires, fatal fires, arson fires, and explosives investigations. January 1972-December 1981.

Fire Investigation Instructor, Baltimore City Police Department, Baltimore, Maryland. 1978-1981.

Special Deputy State Fire Marshal, Maryland. 1978-1981.

United States Navy.  Assigned to department of defense for three years at Fort Meade, Maryland, with honorable discharge as an E-4. March 1968-December 1971.

Various volunteer fire companies as firefighter, fire line officer, administrative officer, and instructor.  Locations include New Jersey, Pennsylvania, and Maryland.

(continued…)

**HART C. KERLIN, BS, CFEI**

**CERTIFICATIONS/ACCREDITATIONS**

Certified Fire and Explosive Investigator (CFEI) at Eastern Kentucky University. Recertified as CFEI in 2007.

Hazardous Materials Technician, Georgia Technical Research Institute, Atlanta, Georgia in 1992.  Hazardous Materials Technician Recertification, Havre de Grace, Maryland in 1993.

Qualified expert witness in District, Circuit and Federal courts in Maryland and Virginia.

**ADDITIONAL TRAINING**

Property and Casualty Course, Harford Community College, Maryland.

Basic Fire Fighting Course, New Jersey Board of Fire Underwriters, Marlton, New Jersey.

Rescue Course, University of Maryland, College Park, Maryland.

Baltimore Police Academy, Baltimore, Maryland.
    Entrance Level Training; Narcotics and Dangerous Drugs;
    In-service Training Phases V - VII; Criminal Investigation;
    Criminal Investigation - Advanced Course.

Burglary and Robbery Course from the LEAA, Annapolis Police Department and Federal Bureau of Investigation, Annapolis, Maryland.

Fire and Arson Investigation, George Mason University, Fairfax, Virginia.

University of Maryland Fire and Rescue Institute, College Park, Maryland.
    In-service Training Seminar Courses and Seminars; Special Fires;
    Truck Company Operations; Fire and Arson Investigation; Sprinklers;

Explosive Safety Course, Delmar and Potomac Association, Baltimore, Maryland.

Arson Course, Federal Bureau of Investigation, Woodlawn, Virginia.

Arson Seminar, LEAA and Federal Bureau of Investigation, Baltimore, Maryland.

Arson Investigators Seminar, International Association of Arson Investigators and Rutgers University, Cherry Hill, New Jersey.



**ORIGIN AND CAUSE**

(continued…)

**HART C. KERLIN, BS, CFEI**

Private Investigator/Detective Course, Virginia Central Bureau of Investigation, Falls Church, Virginia.

Fire and Arson Investigation Seminar, College of William and Mary, Williamsburg, Virginia.

International Association of Arson Investigators.
    Structure Fire Investigation, Dover, Delaware.
    Arson Detection Seminary, Fairfax, Virginia.
    Electrical Fire Seminar, Dover, Delaware.
    Second Annual Training Seminar, District of Columbia/Maryland Chapter.
    Fire Investigations, Interview Techniques and Law Update Seminar, Rockville, Maryland.
    Mobile Home Fire Investigation, Charleston, West Virginia.
    Vehicle Fire Investigation, Gulfshores, Alabama.
    Mechanics of Fire Investigation, Montgomery County Fire and Rescue Training Academy, Maryland.
    Vehicle Fire Investigation Seminar, District of Columbia/Maryland Chapter.
    Explosions Investigations Seminar, District of Columbia/Maryland Chapter.
    Fire Investigations Techniques, Delaware Chapter.
    Forensic Fire Scene Reconstruction, Baltimore, Maryland.

Building Construction, National Fire Academy, Emmitsburg, Maryland.

Automobile Accident Reconstructions/Alcohol and Boating, Delaware Claims Association, Wilmington, Delaware.

Supplemental College Courses at Trenton State Teachers College and Pierce Junior College.

Seminar XXV, Philadelphia Fire Department and Citizens' Fire Prevention Committee, Philadelphia, Pennsylvania.

Criminal Fraud Conference, Maryland Community Crime Prevention Institute and Maryland Crime Prevention Association.

Financial Investigative Techniques Course, Department of the Treasury, Internal Revenue Service, Hagerstown, Maryland.

Vehicle Fire Investigation Training, Delaware State Fire Marshal's Office, New Castle Division, Delaware.



ORIGIN AND CAUSE

**HART C. KERLIN, BS, CFEI**

Nationwide Insurance Professional Development.
    Total Fire/Theft of Motor Vehicles; Procedures and Practices for SIU;
    Psychology of Juvenile Firesetters and Fire and Sexual Deviants;
    Fires with Explosions and Explosives; Marine Fraud Seminar;
    Voiced Stress Analysis; Weapons of Mass Destruction; Biological Warfare.

2002 National Advanced Ire, Arson, and Explosion Investigation Science and Technology Program, Eastern Kentucky University.

2007 Annual Seminar, Pennsylvania Association of Arson Investigators.

2008 FMEIA/IAAI Spring Seminar.

## PROFESSIONAL MEMBERSHIPS

Current
- Longtime member of International Association of Arson Investigations in National, DE, MD, and PA Chapters.
- IASIU
- FMEIA/IAAI - MD Chapter
- NAFI
- Mariners of the Bay

Past
- Arson Control Association of Maryland
- Metropolitan Arson Investigators
- Who's Who in Executives and Professionals

## COURT AND DEPOSITION

Testified numerous times in District, Circuit and Federal courts in Maryland and Virginia when employed with the Baltimore City Police Department, INS Investigations Bureaus, Inc., and Nationwide Insurance Company.  During the last ten years, have only testified as an expert once in any of these forums.  That testimony involved a fire investigation.  Although retained by defendant, I cannot remember the name or jurisdiction of that case.  However, Plaintiff's attorney was William Parlor, Esq., Townsend, Maryland.  His number is 410-832-1800.

