# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARY SANDERS,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-01169 (ESH) |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

## DEFENDANT'S EXPERT DISCLOSURES OF DR. STEPHEN M. MILNER

The attached disclosures of Dr. Stephen M. Milner were prepared pursuant to Fed. R. Civ. P. 26(a)(2)(B). Dr. Milner will provide expert testimony concerning the burns received by decedent, Benjamin Saunders, and the national standard as to the care administered to Mr. Saunders after his accident and his ability to survive the burns experienced. Dr. Milner is the Director of the Johns Hopkins Burn Center and an expert in the field of burns to the body. With Dr. Milner's disclosures, defendant has completed its expert disclosures in this case. Plaintiff has indicated that he does not intend to depose Dr. Milner.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR , D.C. Bar # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/
CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney

Stephen M. Milner, MD,
DDS, FRCS, FACS
*Professor of Plastic Surgery & Pediatrics*
*Director, Johns Hopkins Burn Center*
*Chief, Division of Burns*
*Director, Michael D. Hendrix Burn*
 *Research Center*
*Surgical Director, Wound Healing Center*

Department of Surgery
Bayview Campus
4940 Eastern Avenue
Baltimore, MD 21224-2780
410-550-0886 T
410-550-8161 F
smilner3@jhmi.edu



JOHNS HOPKINS
M E D I C I N E

May 8, 2008

Ms. Claire Whitaker
Assistant U. S. Attorney
555 4th St. N. W.
Washington, D.C. 20001

RE: Mr. Benjamin Saunders

Dear Ms. Whitaker:

I have reviewed the medical records of the above patient for the period February 7 – March 19, 2006. I have also reviewed the medical examiner autopsy reports and photographs both taken at the VA Hospital and at the medical examiner's office.

I understand from eye witnesses that Mr. Saunders was engulfed entirely in flames. After reviewing photos and based on my position as Director of the Johns Hopkins Burn Center and experience in the field of burn care, I provide the following opinions based on a reasonable degree of medical certainty.

1. The photographs reveal that his burns were 3rd degree involving 90%- 100% of his total body surface area.

2. He also has a number of comorbidities preceeding his injury including a CVA, with left hemiparesis, hypertension and diabetes. All these factors plus smoke inhlalation injury lead me to the conclusion that Mr. Saunders had no chance of survival following this burn.

3. I estimate that the full extent of his injury would have occurred in a matter of seconds.

4. Intubation at the scene would not have been instrumental in prolonging his life.

5. In the unlikely event that the patient did survive it would not have been possible to rehabilitate him.

Please let me know if you require any further information.

Sincerely,

[signature]

# Curriculum Vitae

## Stephen M. Milner, M.B.B.S., B.D.S., F.R.C.S. (Ed.), F.A.C.S.

<u>June 2007</u>

## DEMOGRAPHIC INFORMATION

**Current Appointment:**

    Professor of Plastic Surgery
    Chief, Division of Burns
    The Johns Hopkins University School of Medicine
    Surgical Director, Johns Hopkins Wound Healing Center
Director, Michael D Hendrix Burn Research Center

    Honorary Civilian Consultant Advisor
to the British Army in Plastic Surgery and Burns

**Personal Data:**

    Johns Hopkins Bayview Medical Center
    4940 Eastern Avenue, Suite P3-4-13
    Baltimore, MD 21224-2780

Phone     (410) 550-0886
FAX     (410) 550-8161

    smilner3@jhmi.edu

Citizenship: United States

**Education and Training:**

**Doctoral/graduate**
1968-1973     Guy's Hospital Dental School, University of London, England.
    Dental Surgery, B.D.S.
1973-1977     Guy's Hospital Medical School, University of London, England.

    Medicine/Surgery, M.B., B.S.

**Postdoctoral**
    **Residency in General Surgery**
Guy's Hospital, London, England
Queen Mary's Hospital Roehampton, London, England
Guy's Hospital, London, England
Torbay Hospital, Devon, England
Massachusetts General Hospital & Shriners Burns Institute, Boston
1982-1984     The Royal London Hospital, England

*(1984-1994 Commissioned in the British Army as Surgeon, Royal Army Medical Corps)*

**Residency in Plastic Surgery**
1994-1997     University of Texas Medical Branch, Galveston, TX
    **Research Fellowships**
1992-1994     Trauma Section, Medical Division, Chemical and Biological

Defence Establishment, Porton Down, Salisbury, England
Research Associate, Shriners Burns Institute – Galveston, TX

**Professional Experience:**

### Surgeon, British Army
- 1984-1985   Captain
- 1985-1991   Major
- 1991-1994   Lieutenant Colonel

Served in the following military hospitals and units as general/burn surgeon:
Royal Army Medical College, London
Cambridge Military Hospital, Aldershot, England
British Military Hospital Munster, Germany
British Military Hospital Berlin, Germany
Princess Alexandra RAF Hospital, Wroughton, England
Queen Elizabeth Military Hospital, Woolwich, England
Duchess of Kent Military Hospital, Catterick, England
British Military Hospital Hong Kong
The British Defence Staff (British Embassy), Washington DC

### Operational Service
Officer Commanding, Field Surgical Team, Belize
1987   Surgeon, Spandau Prison, Berlin, Germany
1990-1991   Surgeon, Burn Unit, 33 Field Hospital & 205 General Hospital,
Saudi Arabia, Operation Desert Storm

**Academic Appointments**
1997-2001   Assistant Professor of Surgery, Southern Illinois University School of Medicine (SIU), Springfield, IL.
2001-2004   Associate Professor of Surgery, SIU School of Medicine
2004-2005   Professor of Surgery, SIU School of Medicine

### Visiting Professorships
2002-2007   Visiting Professor in Pathology and Laboratory Medicine at the University of Texas Medical School at Houston, TX.
12-15 Jun 2007   Visiting Professor University of Medicine and Dentistry of New Jersey, Newark NJ.
21 Jun 2007   Theogaraj Professor Virginia Commonwealth School of Medicine, Richmond VA.

**Hospital Appointments**
1997-2005   Director, Regional Burn Center, Memorial Medical Center, Springfield, IL
1998-2005   Director of the Skin Tissue Culture Laboratory, Memorial Medical Center
2004-2005   Vice Chairman of Plastic Surgery, Memorial Medical Center
2004-2005                     Attending Plastic Surgeon, St John's Hospital, Springfield, IL

**Honors and Awards:**
1969   Guy's Hospital Combined Medical and Dental Scholarship
1971   General Subjects Award *(Medicine, Surgery, Pathology and Bacteriology)*
1972   Newland-Pedley Traveling Scholarship to Finland
1972   David Frank Sturdee Award *(Dental Surgery)*
1975   Traveling Scholarship to Harvard Medical School
       Smith & Nephew Foundation Research Bursary: *Shriners Burns Institute, Boston, MA.*
           *& US Army Institute of Surgical Research, Fort Sam Houston, TX.*
       American Burn Association Traveling Fellowship Award

1998, 1999,
2003 & 2004      Excellence in Teaching Award, Department of Surgery, SIU School of Medicine
2001      Plastic Surgery Education Foundation Investigator Award: First Prize
2002      Department of Surgery Faculty Research Award: First Prize

## RESEARCH ACTIVITIES

**Bibliography**
Peer-reviewed original research articles
Chapman P, **Milner SM**. Escaped faecolith after appendicectomy. *Br J Surg*. 1986; 73(12):1006.
Chivers RC, **Milner SM**. Ultrasonic B-scanning in dermatology. *Proceedings of Ultrasonic International*. 1989:1208-1212.
**Milner SM**, Hawthorn IE. Double gallbladder diagnosed by T-tube cholangiogram. *J R Army Med Corps* 1989;135(2):84-85.
**Milner SM**, Hawthorn IE, Morgans BT. Liposarcoma of the cord presenting at vasectomy counseling. *J R Army Med Corps*. 1989;135(2):86-87.
**Milner SM**, Pampapathi MR. Head injuries in a service community. *Medical Corps International*. 1990;6:22-24.
**Milner SM**, Blease SC. Does scrotal ultrasound reduce the need for orchidectomy in the clinically malignant testicle? *Br J Rad*. 1990;63(748):263-265.
Corner NB, **Milner SM**, MacDonald R, Jubb M. Isolated musculocutaneous nerve lesion after shoulder dislocation. *J R Army Med Corps*. 1990;136(2):107-108.
Ryan JM, Cooper GJ, Haywood IR, **Milner SM**. Field surgery on a future conventional battlefield: strategy and wound management. *Ann R Coll Surg Engl*. 1991;73(1):13-20.
Chambers DK, **Milner SM**, Bennett JDC and Stone J. Antichemical warfare tent used for operation in the Gulf. *Br Med J* 1991;302:368.
Pailthorpe CA, **Milner SM**, Sims MM. Is patellectomy compatible with an army career? *J R Army Med Corps*. 1991;137(2);76-79.
Williams MD, Pearson MH and **Milner SM**. Complications in the use of compression plates in the treatment of mandibular fractures. *Oral Surg Oral Med Oral Pathol*. 1991;72:159-161.
**Milner SM**, Bennett JD. Emergency cricothyrotomy. *J Laryngol Otol*. 1991;105(11):883-885.
**Milner SM**, Bennett JDC, Pilcher R. Respiratory obstruction as a complication of dental extractions. *Dental Corps International*. 1992;4:12-413.
**Milner SM**, Chambers DK, Bennett JD. Surgery in collective protection against chemical warfare. *J R Coll Surg Edinb*. 1992;37(2):118-119.
**Milner SM**. Acetic acid to treat Pseudomonas aeruginosa in superficial wounds and burns. *Lancet*. 1992;340 (8810):61.
Williams MD, **Milner SM**, Pearson MH, Ryan JM and Merrett TG. Management of service personnel with a history of penicillin allergy: discussion paper. *J R Soc Med*. 1993;86(3):156-158.
Sloss JM, Cumberland N, **Milner SM**. Acetic acid used for the elimination of Pseudomonas aeruginosa from burn and soft tissue wounds. *J R Army Med Corps*. 1993;139(2):49-51.
**Milner SM**, Rylah LT. War burns: a simplified resuscitation protocol. *Br J Hosp Med*. 1993;50:163-167.
**Milner SM**. Chemical injury to skin. The Ministry of Defence. *Chemical Defence Establishment. CBDE Technical paper774*. 1993. Later published as Chemical injury. In: Herndon DN (ed). Total Burn Care. Philadelphia: WB Saunders. 1995: 415-425.
**Milner SM**, Hodgetts TJ, Rylah LT. The Burns Calculator: a simple proposed guide for fluid resuscitation. *Lancet*. 1993;342(8879):1089-1091.
Bennett JCD, **Milner SM**. Innovation: Burn management. *Hospital Update*. 1995;21:140-141.
**Milner SM**, Rylah LT, Bennett JD. The Burn Wheel: a practical guide to fluid resuscitation. *Burns*. 1995;21(4):288-290.
Gherardini G, Evans GR, **Milner SM**, Gurlek A, Palmer B, Gazelius B, Lundeberg T. Comparison of vascular effects of calcitonin gene-related peptide and lidocaine on human veins. *J Reconstr Microsurg*. 1996;12(4):241-245.
Gherardini G, Evans GR, Theodorsson E, Gurlek A, **Milner SM**, Palmer B, Lundeberg T. Calcitonin gene-related peptide in experimental ischemia. Implication of an endogenous anti-ischemic effect. *Ann Plast Surg*. 1996;36(6):616-620.
**Milner SM**, Memar OM, Gherardini G, Bennett JC, Phillips LG. The histological interpretation of high frequency cutaneous ultrasound imaging. *Dermatol Surg*. 1997;23(1):43-45.
Bennett JCD, **Milner SM**, Gherardini G, Phillips LG and Herndon DN. Burn inhalation injury. *Emergency Medicine*. 1997;12-32.
Roth AC, Leon MA, **Milner SM**, Herting RL, Hahn AW. A personal digital assistant for determination of fluid needs for burn patients. *Biomed Sci Instrum*. 1997;34:186-190.
**Milner SM**, Kinsky MP, Guha SC, Herndon DN, Phillips LG, Kramer GC. A comparison of two different 2400 mOsm solutions for resuscitation of major burns. *J Burn Care Rehabil*. 1997;18(2):109-115.
Bennett JCD, **Milner SM** and Gherardini G. Two British advances consequent to the Persian Gulf War 1990-1991. *Navy Medicine*. 1997;5:16-17.

Gherardini G, Gurlek A, Evans GR, **Milner SM**, Matarasso A, Wassler M, Jernbeck J, Lundeberg T. Venous ulcers: improved healing by iontophoretic administration of calcitonin gene-related peptide and vasoactive intestinal polypeptide. *Plast Reconstr Surg.* 1998;101(1):90-93.

Gherardini G, Gurlek A, **Milner SM**, Matarasso A and Evans GR, Jernbeck J, Lundeberg T. Calcitonin gene-related peptide improves skin flap survival and tissue inflammation. *Neuropeptides.* 1998;32(3):269-273.

**Milner SM**, Heggers JP. The use of a modified Dakin's solution (sodium hypochlorite) in the treatment of Vibrio vulnificus infection. *Wilderness Environ Med.* 1999;10(1):10-12.

**Milner SM**, Ortega MR. Reduced antimicrobial peptide expression in human burn wounds. *Burns.* 1999;25(5):411-413.

Mowlavi A, Andrews K, Lille S, Verhulst S, Zook EG, **Milner SM**. The management of cubital tunnel syndrome: a meta-analysis of clinical studies. *Plast Recontr Surg.* 2000;106(2):327-334.

Ortega MR, Ganz T, **Milner SM**. Human beta defensin is absent in burn blister fluid. *Burns.* 2000;26(8):724-726.

Fullerton JK, Smith CE, **Milner SM**. The"stegosaurus" dressing: a simple and effective method of securing skin grafts in the burn patient. *Ann Plast Surg.* 2000;45(4):462-464.

Kinsky MP, **Milner SM**, Button B, Dubick MA, Kramer GC. Resuscitation of severe thermal injury with hypertonic saline dextran: effects on peripheral and visceral edema in sheep. *J Trauma.* 2000;49(5):844-853.

Mowlavi A, Andrews K and **Milner SM**, Herndon DN, Heggers JP. The effects of hyperglycemia on skin graft survival in the burn patient. *Ann Plast Surg.* 2000;45(6):629-632.

Smith CE, **Milner SM**. The burn wheel: a guide to burn resuscitation. *Emerg Med Serv.* 2001;30(3):76-77.

**Milner SM**, Smith CE. Palm-top computer application for fluid resuscitation in burns. *Plast Reconstr Surg.* 2001;108(6):1838-9.

**Milner SM**, Mottar R, Smith CE. The Burn Wheel. *Am J Nur.* 2001;101(11):35-37.

Parungao AJ, **Milner S**. Photo quiz: A swollen, draining thumb. *American Family Physician.* 2002;65(1):105-106.

**Milner SM**. Predicting early burn wound outcome using orthogonal polarization spectral imaging. *Int J Dermatol.* 2002;41(10)715

Rubis BA, Danikas D, Neumeister M, Williams WG, Suchy H, **Milner SM**. The use of split-thickness dermal grafts to resurface full thickness skin defects. *Burns.* 2002;28(8):752-759.

**Milner SM**, Gulati S. A nuclear weapon over Chicago. *Illinois Magazine.* 2003;1:38-40.

Danikas D, Fullerton JK, Smith CE, **Milner SM**. A new method for securing skin grafts in pediatric patients. *Plast Reconstr Surg.* 2003;111(1):489.

Lawyer CH, Lawyer MC, Bhat S, Gulati S, **Milner SM**. SARS virus S2 glycoprotein tryptophan-rich membrane anchor: Rapid responses for Eaton. *BMJ.* 2003;326 (7396)948. URL:http://www.bmj.com

Mowlavi A, Zook E, Quin BM, **Milner SM**. Ray amputation as a treatment for recurrent myxohyaline tumor of the distal extremity. *Plas t Recontr Surg.* 2003;111(4):1573-1574.

Andrews K, Mowlavi A, **Milner SM**. The treatment of alkaline burns of the skin by neutralization. *Plast Reconstr Surg.* 2003;111(6):1918-1921.

**Milner SM**, Cole A, Ortega MR, Bakir MH, Gulati S, Bhat S, Ganz T. Inducibility of HBD-2 in acute burns and chronic conditions of the lung. *Burns.* 2003;29(6):553-555.

Mowlavi A, Bass MJ, Khurshid KA, **Milner SM**, Zook EG. Psychological sequelae of failed scalp replantation. *Plast Reconstr Surg.* 2004;113(6):1573-1579.

Guha SC, **Milner SM**, Chanda A. The anatomical basis of the modified volar advancement flap for fingertip reconstruction. The Royal College of Surgeons of Edinburgh Surgical knowledge and skills website. 2004 URL:http:/www.edu.rcsed.ac.uk/operations/op10.htm

Bick RJ, Poindexter BJ, Bhat S, Gulati S, Buja M, **Milner SM**. Effects of cytokines and heat shock on defensin levels of cultured keratinocytes. *Burns.* 2004;30(4)329-333.

Gulati S, Joshi BB, **Milner SM**. The Use of JESS in post burn contractures of the hand and wrist: A twenty years experience. *J Burn Care Rehabil.* 2004;25(5):416-420.

**Milner SM**, Bhat S, Buja M, Gulati S, Poindexter BJ, Bick RJ. Expression of Human beta defensin 2 in thermal injury. *Burns.* 2004;30(7):649-654.

**Milner SM**, Bhat S, Gulati S, Bick RJ, Graham JS. Orthogonal polarization spectral imaging following thermal and sulfur mustard injury. *Proceedings of USAMRICD Bioscience review.* 2004:144:71-81.

Bhat S, Gulati S, Husain K, Brahmamdam AS, Campbell CM, **Milner SM**. The role of glutathione depletion and oxidative stress in Mustard toxicity: A review. *Proceedings of USAMRICD Bioscience review.* 2004; 204:1-10.

**Milner SM**, Bhat S, Gulati S, Gherardini G, Smith E, Bick RJ. Observations on the microcirculation of the human burn wound using orthogonal polarization spectral imaging. *Burns* 2005;31(3):316-319.

Graham JS, Chilcott RP, Rice P, **Milner SM**, Hurst CG, Maliner BI. Wound Healing of Cutaneous Sulfur Mustard Injuries: Strategies for the Development of Improved Therapies. *J Burns Wounds* 2005:4:e1.

Crain VA, Gulati S, Bhat S, **Milner SM**. Marjolin's ulcer in chronic hidradenitis suppurativa. *Am Fam Physician.* 2005;71(9):1652.

Poindexter BJ, Bhat S, Buja ML, Bick RJ, Milner SM. Localization of antimicrobial peptides in normal and burned skin. Burns 2006.32(4):402-407.
Gherardini G, Zaccheddu R, Milner SM, El-Shazyl, Liapkis. Breast augmentation with silicone implants: the role of surgical drainage – report on 502 consecutive cases. *Eur J Plas Surg* 2006. 29 (1): 9-12.
Thombs BD, Singh VA, **Milner SM**. Children Under 4 Years are at Greater Risk of Mortality Following Acute Burn Injury: Evidence from a National Sample of 12,902 Pediatric Admissions. *Shock* 2006;26:348-352.
Milner SM. Editorial: setting science free. J Burns Wounds. 2006;5:e6.
Singh VA, Cooley M, Gerold K, Spence RJ, **Milner SM**. The Recliner Position: A new operating position for burn surgery. *Burns* 2006.

Bhat S, Song Y, Lawyer C, Milner SM. Modulation of the complement system by human B- Defensin 2. J Burns Wounds. 2007;5e10.

Thombs BD, Singh VA, Halonen J, Diallo A, Milner SM. The Effects of Pre-existing Medical Comorbidities on Mortality and Length of Hospital Stay in Acute Burn Injury: Evidence from a National Sample of 33,543 Adult Patients. *Ann Surg* 2006;245:629-634 .
Singh VA, Bhat S, **Milner SM**. The Pathogenesis of Burn Wound Conversion. *Ann Plast Surg* 2007;59:109-15

Bick RJ, Poindexter BJ, Buja LM, Lawyer CH, **Milner SM**, Bhat S. Nuclear Localization of HBD-1 in Human Keratinocytes. *J Burns Wounds*. 2007 (2);7e3.
Banks ND, **Milner SM**. Persistence of human skin allograft in a burn patient without exogenous immunosuppression. *Plast Reconstr Surg*. 2006 (in press).
Parihar A, Parihar M, Milner SM, Bhat S. Oxidative stress and anti-oxidative mobilization in burn injury. *Burns*. 2007 (in press).

Bhat S. Milner SM. A ntimicrobial peptides in burns and wounds. *Peptides*. 2007 (in press).


Book chapters, Monographs

**Milner SM**, Nguyun TT and Rylah LTA. Chemical injury. In: Herndon DN (ed ). Total Burn Care. Philadelphia: WB Saunders . 1995: 415-425.

**Milner SM**, Nguyun TT, Rylah LTA. Radiation injury and mass casualties. In: Herndon DN (ed). Total Burn Care. Philadelphia: WB Saunders. 1995 :425-432.

Nguyun TT, **Milner SM** and Herndon DN. Radiation injuries. In: Feliciano, Moore, Mattox (eds). Trauma. Stamford: Appleton & Lange, 3rd edition. 1996:963-973.

**Milner SM** et al. The clinical anatomy of several invasive procedures: cricothyrotomy section. *Clinical anatomy*. 1999;12:43-54.

**Milner SM**, Herndon DN. Radiation injury, vesicant burns and mass casualties. In: Herndon DN (ed). Total Burn Care. Philadelphia: WB Saunders, 2nd edition. 2001:481-492.

**Milner SM**, Smith CE. Orders in Burn Care. In: Orgill DP, Demling RH, Sheridan R, DeSanti L (eds). 2002. http://www.burnsurgery.com/Modules/orders/toc.htm

**Milner SM**. Herndon DN. Radiation injury, vesicant burns and mass casualties. In: Herndon DN (ed). Total Burn Care. Philadelphia: WB Saunders, 3rd edition. 2006 (in press).
Singh VA, **Milner SM**. Burn Management. In: Makary MA (ed). General Surgery Review. Washington: Ladner-Drysdale. 2006 (in press).
Singh VA, **Milner SM**. Stevens-Johnson Syndrome and Toxic Epidermal Necrolysis. In: Marcucci L, Martinez E, Haut E, Slonim A, Suarez J (eds). Avoiding common ICU errors. Philadelphia: Lippincott Williams & Wilkins. 2006. 735-736.
Singh VA, **Milner SM**.Wound Healing. In: Makary MA (ed). General Surgery Review. Washington: Ladner-Drysdale. 2006 (in press).
**Milner SM**, Singh VA. Fluid management and nutritional support of the burn patient. In: Cameron J (ed). Current Surgical Therapy. St Louis: CV Mosby, 9th edition. 2006 (in press).

**Milner SM**. Burns. In: Guyuron B, Eriksson E, Persing J, Chung KC, Disa J, Gosain A, Rubin P, Kinney B (eds). Plastic Surgery. London: Elsevier. 2006 (in press).

### Abstracts and Presentations at Peer-Reviewed Meetings

**Milner SM**, Riley P, Regan PJ, Budney PG, Roberts AHN. Contact burns due to thermoplastic road paint. 24th Annual Meeting of the British Burn Association. Stoke Mandeville UK. May 1991.

**Milner SM**. Fluid resuscitation in war. Annual Meeting of the Military Surgical Society. London, England. May 1992.

**Milner SM**. The Burn Calculator. Annual Meeting of the Military Surgical Society. London, England. Oct 1993.

**Milner SM**, Kinsky MP, Guha SC, Herndon DN, Phillips LG, Kramer GC. A comparison of two different 2400mOsm solutions for resuscitation for major burns. Proc Amer Burn Assoc, 28th Annual Meeting. Nashville, TN. March 1996. *J Burn Care Rehabil.* 1996;28;S75.

Mitchell AT, **Milner SM**, Kinsky MP, Guha SC, Phillips LG, Desai M, Herndon DN, Kramer GC. Base deficit: Evaluation as a guide to volume resuscitation in burn injury. Proc Amer Burn Assoc, 28th Annual Meeting. Nashville, TN. March 1996. *J Burn Care Rehabil.* 1996;28 ;S75.

Mancoll JS, **Milner SM**, Phillips LG, Herndon DN, Heggers JP. Misuse of quantitative bacteriology. Proc Amer Burn Assoc, 28th Annual Meeting. Nashville, TN, March 1996. *J Burn Care Rehabil.* 1996;28;S117.

**Milner SM**, Calianos T, Strock L, Phillips LG. Early mobilization of flexor tendon injuries in a prison population does not lead to improved functional outcome. American Association for Hand Surgery, 27th Annual Meeting. Boca Raton, FL. Jan 1997.

**Milner SM**, Thomas J, Grady J, Herndon DN, Phillips LG, Kramer G. The clinical record of hypertonic saline in burn resuscitation: A meta-analysis of controlled clinical studies. Proc Amer Burn Assoc, 29th Annual Meeting. New York, NY. March 1997. *J Burn Care Rehabil.* 1997;18(1 Pt 3):S88.

**Milner SM**. Fluid resuscitation from the desert to the emergency room. PSEF Senior Residents' Conference. Sacramento, CA. April 1997.

Conroy BP, **Milner SM**, Herndon DN, Nichols R. Reliability of the advanced trauma life support criteria in predicting burn inhalation injury in children. Amer Soc of Anesthesiology, Annual Meeting. San Diego, CA. Oct 1997.

Roth AC, Leon MA, **Milner SM**, Herting RL, Hahn AW. A personal digital assistant for determination of fluid needs for burn patients. Proc Rocky Mountain Bioengineering Symposium, 35th Meeting. Copper Mountain, CO. 1998.

**Milner SM**, Ortega MR, Kucan JO, Neumeister MW. Human defensin expression in burned, uninjured skin. Surgical Infection Society-Europe, 11th Annual Meeting. London, England. 1998. *Br J Surg.* 1998;85:864-865.

Pal SK, Than M, Kramer G, **Milner SM**. The effects of early colloid therapy on fluid balance of burn-injured patients. British Association of Plastic Surgery Meeting. London, England. 1998.

Chalekson C, Neumeister M, Heggers J, **Milner SM**. Defensin modulation of burn wounds. Proc Amer Burn Assoc, 31th Annual Meeting. Lake Buena Vista, FL. March 1999. *J Burn Care Rehabil.* 1999;20(1 Pt 2):S224.

Gruneiro AJ, Mitchell AT, **Milner SM**. The acute abdomen in the burn patient: presentation of a cecal volvulus. Southern Medical Association, 12TH Annual Regional Burn Seminar. Winston-Salem, NC. 1999.

**Milner SM**. From the desert to the emergency room: A simple safe method for early postburn fluid resuscitation. International Symposium and Course on Burns and Fire Disaster Management, Jerusalem, Israel. Feb 2000.

Ortega MR, Ganz T, **Milner SM**. Human beta defensin 2 is absent in burn blister fluid. Proc Amer Burn Assoc, 32nd Annual Meeting. Las Vegas, NV. March 2000. *J Burn Care Rehabil.* 2000;21(1 Pt 2):S225.

Mowlawi Andrews K, **Milner SM**, Herndon DN, Heggers D. The effects of hyperglycemia on skin graft survival in the burn patient. Proc Amer Burn Assoc, 32nd Annual Meeting. Las Vegas, NV. March 2000. *J Burn Care Rehabil.* 2000;21(1Pt 2):S119.

Song Y, Heggers JP, **Milner SM**. Human beta defensins, and complement. Proc Amer Burn Assoc, 32nd Annual Meeting, Las Vegas , NV. March 2000. *J Burn Care Rehabil.* 2000;21(1 Pt 2):S198.

Gruneiro AJ, Mitchell AT, **Milner SM**. Two stage treatment of calciphylaxis. 10th annual meeting of the Wound Healing Society. Toronto, Canada. June 2000.

Williams, CA, Kramer GC, Ying H, Deyo DJ, Elgjo GI, **Milner SM**, J Liu, Herndon DN, Microprocessor Based Closed-Loop Fluid Resuscitation of Burn Shock. Proc of Twenty-Fourth Annual Conference on Shock. Marco Isl, FL. June 2001. *Shock.* 2001;15(1):11.

Kramer GC, Ying H, Elgjo GI, Williams CA , **Milner SM**. Microprocessor based closed-loop fluid resuscitation of burn shock. Proc 18th Annual Houston Conference on Biomedical Engineering Research (HSEMB), The Houston Society for Engineering in Medicine, Biology. Houston, TX. 2000.

Andrews K, **Milner SM**. The neutralization of alkaline burns of the skin, Proc Amer Burn Assoc, 33rd Annual Meeting. Boston, MA. April 2001. *J Burn Care Rehabil.* 2001;22(2 Suppl):S57.

Fullerton JK, Smith CE, **Milner SM**. The Stegosaurus Dressing in pediatric burn patients Proc Amer Burn Assoc, 33rd Annual Meeting. Boston, MA. April 2001. *J Burn Care Rehabil.* 2001;22(2 Suppl):S251.

Smith CE, Roth AC, **Milner SM**. Palm-top computer application for fluid resuscitation in burns. Proc Amer Burn Assoc, 33rd Annual Meeting. Boston, MA. April 2001. *J Burn Care Rehabil.* 2001;22(2 Suppl):S181.

Mowlavi A, Andrews K , **Milner SM**. The neutralization of alkaline burns. Combined Research Symposium, SIU. Springfield, IL. April 2001 (First prize).

**Milner SM**, Poindexter B, Buja M, Smith CE, Bick RJ.. Localization of Human beta-defensin in burned skin by fluorescence imaging. The 11th Annual Meeting of the Wound Healing Society. Albuquerque, NM. 2001. *Wound Rep Reg* 2001; 9:158.

Smith CE, Magre R, Stevens WR, **Milner SM**. The use of MRI in the determination of burn depth, The 11th Annual Meeting of the Wound Healing Society. Albuquerque, NM. 2001. *Wound Rep Reg* 2001; 9:158.

Smith CE, Roth AC, **Milner SM**. Orthogonal polarization spectral imaging: applications in plastic surgery. ASPS/PSEF/ASMS 70th Annual Scientific Meeting. Orlando, FL. Nov 2001.

Smith CE, Roth AC, **Milner SM**. Personal digital assistant for calculation of fluid requirements in burn patients. ASPS/PSEF/ASMS 70th Annual Scientific Meeting. Orlando, FL. Nov 2001.

Andrews K, Mowlavi A, **Milner SM**. 2001 PSEF Scientific Essay Content – D. Ralph Millard MD Investigator Award, First Place: The treatment of alkaline burns by neutralization: an old myth dispelled. ASPS/PSEF/ASMS 70th Annual Scientific meeting. Orlando, FL. 2001.

Bakir MH, Song Y, Ganz T, Smith CE , **Milner SM**. Human beta defensin 2 levels in burned, uninjured lung. The 67th Annual International Scientific Assembly of the American College of Chest Physicians (ACCP). Philadelphia, PA. Nov 2001.

Guha S, **Milner SM**. Modified volar advancement flap for composite digital end losses: the anatomical basis. The Annual Meeting of the American Association of Clinical Anatomists, Nashville TN. June 2001.

Guha SC, **Milner SM** , Chandra A. The modified volar advancement flap, a versatile sensate flap for composite digital tip losses: the anatomical basis. Annual Meeting of the American Association of Clinical Anatomists. Nashville, TN. June 2001.

Smith CE, **Milner SM**. Predicting early burn wound outcome using orthogonal polarization spectral imaging. Proc Amer Burn Assoc, 34th Annual Meeting. Chicago, IL. April 2002. *J Burn Care Rehabil.* 2000;23(2 Suppl) S92.

**Milner SM**, Smith CE. Orthogonal Polarization Spectral Imaging in Assessment of Burn Wound Healing. Joint Conference of the Wound Healing Society and European Tissue Repair Society. Baltimore, MD. May 2002. *Wound Rep Reg.* 2002;10(2):A54.

**Milner SM** et al. The use of split thickness to resurface full thickness (skin defects in the pig model. 11th Quadrennial Congress, International Society for Burn Injuries. Seattle,WA. Aug 2002.

**Milner SM**, Goodrich J, Barenfanger J, Smith CE. The use of preoperative quantitative burn wound cultures in patients undergoing early surgical excision. American College of Surgeons 88th Annual Clinical Congress. San Francisco, CA. 2002.

**Milner SM**, Danikas D, Smith CE. The use of dermal split thickness grafts in humans. American College of Surgeons 88th Annual Clinical Congress. San Francisco, CA. Oct 2002.

**Milner SM**. Use of fibrin glue in the excision, grafting of facial burns. American College of Surgeons 88th Annual Clinical Congress. San Francisco, CA. Oct 2002.

**Milner SM**, Smith CE, Gulati S. Skin grafting without donor sites. Proc Amer Burn Assoc, 35th Annual meeting. Miami, Fl. 2003. *J Burn Care Rehabil.*2003;24(2 Suppl):S90.

Gulati S, Joshi BB, **Milner SM**. The use of JESS in postburn contractures of the hand and wrist: A twenty-year experience. Proc Amer Burn Assoc, 35th Annual meeting. Miami, Fl. 2003. *J Burn Care Rehabil.* 2003;24(2 Suppl):S102.

Gulati S, Nicholson D, **Milner SM**. The Father Mulcahey effect: The role of the chaplain in the treatment of the burned patient. Proc Amer Burn Assoc, 35th Annual meeting. Miami, Fl. 2003. *J Burn Care Rehabil.*2003;24(2 Suppl):S164.

**Milner SM**, Smith CE, Gulati S. E-wheel 3.0: electronic calculation of TBSA% burn, fluid requirements in burn injury. Proc Amer Burn Assoc, 35th Annual meeting. Miami, Fl. 2003. *J Burn Care Rehabil.*2003;24(2 Suppl):S172.

Havener G, Roth M, Arakere P, Barenfanger J, **Milner SM**, Khardori N. Effective investigation, control of an aspergillosis outbreak in a regional burn unit. APIC (Association of Practitioners in Infection Control) Meeting. San Antonio, Tx. June 2003.

Gulati S, Joshi BB, **Milner SM**. The use of slow distraction for management of chronic contractures of the hand. Mid-West Plastic Surgery Society Meeting, Chicago Illinois, 2004.

Gulati S, Bhat S, Bick RJ, Buja M , **Milner SM**. Effects of cytokines, heat shock on defensin levels of cultured keratinocytes. SIU Combined Research Symposium. Springfield, IL. April 2004.

Bhat S, Bick RJ, Gulati S, Poindexter BJ, Buja M , **Milner SM**. Expression of human beta defensin 2 in thermal injury. SIU Combined Research Symposium. Springfield, IL. April 2004.

Graham JS, Chilcott R, Rice P, **Milner SM**, Hurst C, Maliner B. Wound healing of cutaneous sulfur mustard injuries: Strategies for the development of improved therapies. US Army Medical Defense Review Bioscience. Baltimore MD. 2004.

Bhat S, Gulati S, **Milner SM**. The role of glutathione depletion, oxidative stress in mustard toxicity: a review. US Army Medical Defense Review Bioscience, Baltimore MD. 2004.

**Milner SM**, Bhat S, Gulati S. Observations on the microcirculation of the human burn using orthogonal polarization spectral imaging. US Army Medical Defense Review Bioscience. Baltimore, MD. 2004.

Bhat S, Roger Bick, Poindexter BJ, Gulati S, Buja M, **Milner SM**. Effect of cytokines, heat shock on Human beta defensin 2 levels in cultured keratinocytes. Fourteenth Annual Meeting, of the Wound Healing Society. Atlanta, Georgia. May 2004. *Wound Rep Reg.* 2004;12:90.

Gulati S, Roger Bick, Bhat S, Poindexter BJ, Buja M, **Milner SM**. Expression of Human beta defensin 2 in the skin appendages of burn wounds. Fourteenth Annual Meeting, of the Wound Healing Society. Atlanta, GA. May 2004. *Wound Rep Reg.* 2004;12:91.

Bhat S, Savage P, Li C, Taotafa U, Ding B, Guan Q, Gulati S, **Milner SM**. Synthetic Cationic steroid antimicrobials functionally mimic naturally occurring antimicrobial peptides, inhibit burn wound pathogens. Molecular Biology Symposium. Gafton, IL. March 2004.

Savage PB, Orsak T, Bhat S, **Milner SM**. Expanding the spectrum of activity of mupirocin to include Gram-negative bacteria using cationic steroid antibiotics. 63rd Annual Meeting of the American Academy of Dermatology. New Orleans, LA. February 2005.

Bhat S, Buja M, Poindexter BJ, Bick R, **Milner SM**. Expression of human beta 1,2 and 3 in thermal injury. US Hupo-2005, 1st Annual Symposium. Washington DC. March 2005.

Bhat S, Poindexter BJ, Buja Ml, Bick RJ, **Milner SM**. Localization of defensins, ll-37 and human neutrophil peptides in normal and burned skin. First Academic Surgical Congress and Society of University Surgeons. San Diego, CA. Feb 2006. *J Surg Res.* 2006;130(2):277.

Sileshi B, Singh V, Aurora A, Bhat S, **Milner SM**. Pneumatosis intestinalis in burns. First Academic Surgical Congress and Society of University Surgeons. San Diego, CA. Feb 2006. *J Surg Res.* 2006;130(2):338.

Manahan M, **Milner SM**. The Gillies Approach to Post traumatic Reconstruction in Evidence a Century Later. First Academic Surgical Congress and Society of University Surgeons. San Diego, CA. Feb 2006. *J Surg Res.* 2006;130(2):338.

Singh V, Sileshi B, Gerard K, Cooley M, Bhat S, Cockrell G, **Milner SM**. The recliner position: modified operating position for burn surgery. First Academic Surgical Congress and Society of University Surgeons. San Diego, CA. Feb 2006. *J Surg Res.* 2006;130(2):338.

Devgan L, Bhat S, **Milner SM**. The pathogenesis of burn wound conversion. First Academic Surgical Congress and Society of University Surgeons. San Diego, CA. Feb 2006. *J Surg Res.* 2006;130(2):338.

Azizi ML, Bhat S, Savage P, **Milner S**, Khardori. Topical applications of cationic steroid antimicrobial (CSA-13) in treatment of burn wound colonization by Pseudomonas aeruginosa in Burned Mice. 45th Interscience Conference of Antimicrobial Agent Chemotherapy (ICAAC). Washington DC, May 2006.

Singh VA, Thombs BD, Milner SM. Increased risk of mortality in burn injuries among children under four years old: evidence from the American Burn Association national burn repository database. Proc Amer Burn Assoc, 38th Annual Meeting. Las Vegas, NV. April 2006. *J Burn Care Res.* 2006;27(2 Suppl):S61.

Thombs BD, Singh VA, **Milner SM**, Mortality in burn injury related to preburn medical conditions. Proc Amer Burn Assoc, 38th Annual Meeting. Las Vegas, NV. April 2006. *J Burn Care Res.* 2006;27(2 Suppl):S74.

Fauerbach JA, Lezotte D, Holavanahalli R, Wiechman S, Engrav L, Kowalske K, DeLateur B, Thombs B, **Milner S**. Patterson DR. Defining and Tracking Impairment After Burn Injury. Proc Amer Burn Assoc, 38th Annual Meeting. Las Vegas, NV. April 2006. *J Burn Care Res.* 2006;27(2 Suppl):S105.

Thombs BD, Singh VA, Female gender as a risk factor for mortality from burn injury: Evidence from the National Burn Repository database. Proc Amer Burn Assoc, 38th Annual Meeting. Las Vegas, NV. April 2006. *J Burn Care Res.* 2006;27(2 Suppl):S104.

Bhat S, Poindexter J, Buja ML, Bick RJ, **Milner SM**. Antimicrobial Peptides in burned skin Proc Amer Burn Assoc, 38th Annual Meeting. Las Vegas, NV. April 2006. *J Burn Care Res . J Burn Care Res.* 2006;27(2 Suppl):S112.

Bhat S, Gulati S, Husain K, **Milner SM**. Lipoic acid decreases oxidative stress in Sulphur Mustard toxicity. Proc Amer Burn Assoc, 38th Annual Meeting. Las Vegas, NV. April 2006. *J Burn Care Res.* 2006;27(2 Suppl):S139.

S, Poindexter BJ, Buja Ml, Bick RJ, **Milner SM**. Perinuclear and nuclear localization of HBD-and HBD-2. The Wound Healing Society, 16th Annual Meeting. Scottsdale, AZ. April 2006.

Bhat S, Devgan L, **Milner SM**. The pathogenesis of burn wound conversion. The Wound Healing Society, 16th Annual Meeting. Scottsdale, AZ. April 2006.

Bhat S, Bick R, Poindexter BJ, Lawyer C, **Milner SM**. Nuclear localization of human beta defensin 1 and 2.. Proc Amer Burn Assoc, 39th Annual Meeting. San Diego, CA. March 2007. *J Burn Care Res.* 2007;28(2 Suppl):S106.

Blome-Eberwein S, Johnson RM, Miller SF, **Milner SM**. Hydrofiber dressing with silver in the management of split-thickness donor sites. Proc Amer Burn Assoc, 39th Annual Meeting. San Diego, CA. March 2007. *J Burn Care Res.* 2007;28(2 Suppl):S107.

Thombs BD, Price LA, **Milner SM**. Evidence from a national sample 0f 31,338 adult patients. Proc Amer Burn Assoc, 39th Annual Meeting. San Diego, CA. March 2007. *J Burn Care Res.* 2007;28(2 Suppl):S119.

McKibben JB, Magyar-Russell GM, Bienvenu OJ, Arcenaux LL, Price LA, Bresnick MG, **Milner SM**, Fauerbach JA. Psychological factors affecting length of hospitalization. Proc Amer Burn Assoc, 39th Annual Meeting. San Diego, CA. March 2007. *J Burn Care Res.* 2007;28(2 Suppl):S123.

Price LA, McKibben JB, **Milner SM**, Magyar-Russell GM, Klein MB, Hollanvanhalli R, Blakeney P, Lezotte DL, Fauerbach JA. Psychological factors affecting length of hospitalization. Proc Amer Burn Assoc, 39th Annual Meeting. San Diego, CA. March 2007. *J Burn Care Res.* 2007;28(2 Suppl):S181.

**Extramural Sponsorship** (Principal Investigator unless otherwise noted)
    **Active Support:**
    2004-2007    International Science & Technology Center (ISTC) Project Proposal No. 2734
Production of highly active human blood plasma butyrylcholinesterase preparation by gene engineering methods to create protective means against poisoning by organophosphorous cholinesterase inhibitors.
    $816,314.
U.S. Collaborator.
Anikienko K Aleksandrovitch, Institute of Organic Chemistry and Technology Moscow, Russian Federation, Principal Investigator

    2005-2006    International Association of Firefighters Grant
    Development of a world wide survey tool for investigation of burn injuries
    $20,000
    Co-investigator
    John O Kucan, Principal Investigator

NIH P20
    Hypoxia Inducible Factor (HIF-1) regulated progenitor cell recruitment in burn wound healing.
$3,000,000 (total direct cost; $600,000 per year for 5 years).
Co-investigator
Gregg L Semenza /John W Harmon, Principal Investigators

Ceragenics Pharmaceuticals
    Topical application of cationic steroid agents on burn wounds.
$40,000
Principal Investigator

    2006-2008    Convatec (Protocol No. CW-0142-05-A080)
    A phase IIIb, randomized, comparative evaluation of two Aquacel Ag protocols of care for the management of donor sites.
Principal Investigator

    2006-2008 Arpida Ltd. (Protocol No. 1CLA-08-CSII)
    A phase III, randomized, Investigator-blind, multi-center study to e valuate efficacy of intravenous Iclaprim versus intravenous linezolid in complicated skin and skin structure infections.
Principal Investigator

ZymoGenetics (Protocol No. 499E02)
A phase 2 study of recombinant human thrombin (rh Thrombin), administered using a spray applicator in subjects undergoing autologous skin grafting following burn or traumatic skin injury.
Principal Investigator

2006-2008    Wyeth (Protocol TyGer-900)

A multicenter, randomized, open–label comparison of the safety and efficacy of Tigecycline with that of ampicillin-sulbactam or amoxicillin-clavulanate to treat complicated skin and skin structure infections.
Co-Principal Investigator

**Funded research Completed**
Department of Surgery New Faculty Grant
Split dermal grafts in an animal model.
$3000

Memorial Medical Center Grant (SIU 6-24122-99)
The role of human defensins in burn sepsis.
$5000

Dow Hickam Pharmaceuticals' Wound Healing Fellowship Grant (SIU 6-21520-98)
The role of human defensins in the pathogenesis and treatment of burn wound infection.
$20,000

1997-2005        Memorial Medical Center Contract
         Skin tissue culture laboratory.
    $480,000 ($60,000 per year)

1999-2001        Ortho-McNeil Pharmaceuticals (SIU 6-25170-00)
Clinical evaluation of Regranex for the treatment of full thickness diabetic neuropathic foot ulcers.
         $75,000

        2000-2004    Memorial Medical Center Foundation (SIU 6-25997-00)
            The regulation of beta defensin in the cultured human keratinocyte.
$30,000

        Lederle Pharmaceuticals Grant
            The use of RAST and skin testing in the determination of penicillin allergy.
$3500

SIU Rural Health Initiative
Regional Teleburn Network: An interactive telecommunications network for burn care across Illinois.
         $219,780

Wyeth Pharmaceuticals
         Development of an open access repository.
$10,000

US Army Medical Research Institute of Chemical Defense Grant (Contract No. TCN 03-093/DAAD 19-02-D-0001)
Role of lipoic acid and antioxidant systems in the healing of mustard induced wounds in a rat model.
$40,500

2004-2005    Central Research Committee (SIU-200508)
        Topical applications of cationic steroid antimicrobials in treatment of burn wounds.
            $15,000

2004-2006    Baxter Health Care Corporation. Protocol No. 550201 (SIU-24689-04)
        A study to assess the safety and efficacy of fibrin sealant with 4iu/ml thrombin to adhere tissues and improve wound healing. Multi center clinical trial.
            $80,000
**Inventions:**

1990            The Burn Wheel: A mechanical device for rapid calculation of fluid resuscitation in burns.

2001    e-Wheel 2.0: The Burn Wheel has been refined as a computer program which runs on a hand held device which automates the calculation of percent surface area burned and fluid requirements.

2003    e-Wheel 3.0: Improved version of the Palm Top Computer Application with more accurate measurement of body surface area.

## EDUCATIONAL ACTIVITIES
### Teaching:
            Tutor for Royal College of Surgeons of England FRCS course
1984 -1994      Lectures to Territorial (Reserve) and Regular Army Medical Units
1997- 2005      Burn Fellowship Program Director, SIU School of Medicine
1998, 1999, 2003
& 2004          Excellence in Teaching Award, Department of Surgery, SIU School of Medicine
1999-2000       Clerkship Director Department of Surgery SIU School of Medicine
2001-2002       SIU School of Medicine Graduate Education Committee
2001-present    Plastic Surgery Education Foundation in-service examination committee
2003-present    Created the educational section of the Journal of Burns and Wounds to provide e-learning with the multimedia capability of the Internet.
                URL:http://www.journalofburnsandwounds.com/education/Index.html
2005-2006       Established model for e-learning with The Egyptian National Scientific and Technical Information Network, Cairo Egypt.
2005-present    Burn Fellowship Program Director, Johns Hopkins University School of Medicine
2006    Established the John Hopkins Military Burn Course

## Editorial Activities:
### Editorial Board Appointments
Journal of Burns and Wounds — Founding Editor

### Journal Peer Review Activities
Plastic and Reconstructive Surgery, Wound Repair and Regeneration, Pharmacological Research, Molecular and Cellular Biochemistry, Archives of Surgery, Life Science, Journal of Surgical Research, Journal of Burn Care and Research, Public Library of Science (Medicine), Annals of Plastic Surgery, Infection and Immunity

### Grant Review Boards

        Central Research Committee SIU School of Medicine
2000-2005       Department of Surgery Research Committee SIU School of Medicine
2003-present    US Army Medical Research Institute of Chemical Defense Scientific Steering Committee *(Wound Healing Section)*
2004-present    Israeli Science Foundation
April 12, 2006  Blue Ribbon Panel, Medical Chemical Countermeasures. Washington DC.
August 2006     NIH NINDS Reviewer for Special Emphasis Panel (Countermeasures against Chemical Threats)
August 2007     Dutch Burn Foundation

## CLINICAL ACTIVITIES

**Certification:**

**Medical Licensure**
1997-present            Illinois License # 036-096203
2005-present            Maryland License # D0062727

**Boards, other specialty certification**
1977                                                                                                    Membership of the Royal College of Surgeons of England,
                                        Licentiate of the Royal College of Physicians (M.R.C.S., L.R.C.P.)
1978                    General Medical Council of the United Kingdom
1992                                                                                                    European Board in General Surgery (No. 2394819)
1999                    American Board of Plastic Surgery (No. 5654)
Fellowship of the American College of Surgeons (F.A.C.S.)

**Institutional Administrative Appointments:**

**Hospital Committees**
  *Memorial Medical Center Springfield, IL*
    1998-2005           Intensive Care Committee, Memorial Medical Center
    1998-2005           Quality Monitoring Committee, Memorial Medical Center
                        2002-2005                                               Executive Committee/Department Chairmen/Medical Directors,
                        Memorial Medical Center
  *Johns Hopkins*
                        2005-present                                            Johns Hopkins Bayview Medical Center Medical Board
                        2005-present                                            Operating Room Committee
                        2005-present                                            Metropolitan Fire Fighters Board
                        2005-present                                            Joint Practice Committee
                        2005-present                                            Community Fund Board
                        2005-present                                            Johns Hopkins Bayview Medical Center Ethics Committee
    2005-present        Member Board of Directors Johns Hopkins Burn Center Fund

**University Committees**
                                                                                                        *SIU*
1999-2005                                                                       Clinical Competency Examination Committee
1999-2000                                                                       Committee on Clerkships and Electives
2001-2002                                                                       School of Medicine Graduate Education Committee
2001-2003                                                                       Faculty Senate
2002-2005                                                                       Executive Committee
2002-2003                                                                       Faculty Council (President-elect)
2003                    Search Committee for Associate Dean for Curriculum SIU School of Medicine
Faculty Council (President)
2004-2005               Faculty Council (Past President)

2004-2005                                                                Graduate    Medical
Education Committee
2004-2005                                                                Tenure   and   Promotion
Committee
2004-2005                        Library Advisory Committee

                                 *Johns Hopkins*
                                 2006                                                        Web
Strategy Advisory Board

**Professional Societies:**
American Burn Association, American Medical Association, Special Operations Medical Association, Blocker Lewis Plastic Surgery Society,  Association for Surgical Education, American Society of Plastic  Surgeons, The International Society for Burn Injuries, American Association for Hand Surgery, Wound Healing Society, Plastic Surgery Research Council, American Association for the Advancement of Science American College of Surgeons, Association of Academic Chairmen of Plastic Surgery, American Diabetes Association, American Association of Plastic Surgeons, Baltimore Academy of Surgery.

**Conference Organizer:**
Third Annual Wound Care Symposium, SIU School of Medicine/Memorial Medical Center. Springfield, Illinois. April 2, 1998
Fifth Annual Wound Care Symposium, SIU School of Medicine/ Memorial Medical Center. Springfield, Illinois. March 31, 2000
Sixth Annual Wound Care Symposium, SIU School of Medicine/Memorial Medical Center. Springfield, Illinois. March 27, 2001
Workshop in Fluid Resuscitation in Burns. SIU School of Medicine/Memorial Medical Center. Springfield, Illinois. May 9, 2002
Eighth Annual Wound Care Symposium, SIU School of Medicine/Memorial Medical Center. Springfield, Illinois, March 27, 2003
Ninth Annual Wound Care Symposium, SIU School of Medicine/Memorial Medical Center. Springfield, Illinois. April 29, 2004
World Burn Congress Committee. Baltimore, MD. August 22-24, 2005
Fluid Resuscitation Symposium. Johns Hopkins. Baltimore MD. March 6, 2006

**Consultancies, Advisory Committees:**
1990-1994                                                                Ultrasonic      Sciences
Limited, Hampshire, England
2002-2005              State of Illinois Department of Professional Regulation
2000-2003              American Burn Association: Organization and Delivery of Care Committee
2003-present                    The Egyptian National Scientific & Technical Information Network and the
Educational Hospitals and Institutes Cairo, Egypt
2003-2005              Millennium Research Laboratories, Inc. Woburn, MA
2004-2005              Kinetic Concepts Inc (KCI) Scientific Advisory Board, San Antonio, TX
2006-2007              Lynntech, Inc. TX. Phase 1 SBIR. Development of novel multifunctional dressing for treatment of vesicant wounds
Sept 2005              Wound Healing Focus Group: US Clinical and Scientific Round Table meeting.
         Vienna, Austria.

**Humanitarian Aid**
2004-present    Founding Member,  Board of Directors of the African Medical Foundation
April 2002              Lima Fireworks Disaster  *(Request by the Government of Peru)*
2006-present    Member, Board of Directors of the International Children's Surgical Foundation

**Invited Talks:**

Management of mass chemical and burn casualties.  Foxtrot Support Company, United States Navy. Saudi Arabia. November 15, 1990.
Wounds in a theatre of war. 13 Squadron Royal Dragoon Guards. Saudi Arabia. November 27, 1990.
The Burn Calculator. Health Matters; BBC World Service. London, England. December 20, 1993.
Resuscitation of the burn patient. Anaesthetic Society, St. Bartholomew's Hospital. London, England. February 23, 1994.
Recent advances in assessment and management of Burns. The Royal Society of Medicine, United Services Section. London, England. January 20, 1995.
The clinical record: burn resuscitation with hypertonic saline. Department of Surgery, University of Texas Health Science Center. Dallas, TX. July 30, 1996.

The Management of Scars. Workers' Compensation Claims Association. Bloomington, IL. September 30, 1997.
Burn patients: The Gulf War. Chicago Medical Society, Midwest Clinical Conference. Chicago, IL. February 2, 1998.
Wound healing: Practical Aspects. Third Annual Wound Care Symposium SIU School of Medicine/Memorial Medical Center. Springfield, IL. April 2, 1998.
Burn resuscitation in the Gulf War. Department of Surgery Grand Rounds. SIU School of Medicine. Springfield, IL. April 25, 1998.
Fluid resuscitation in burns. Emergency Medical Services Conference. Memorial Medical Center. Springfield, IL. October 12, 1998.
Field management of the burned casualty. Special Operations Medical Association. Tampa, FL. December 8, 1998.
Defensins: What they are, and what is their role? An Overview. Bertek Pharmaceutical Advisory Panel Meeting. Houston, TX. February 20, 1999.
The management of burns in a modern European Battlefield. Department of Surgery Grand Rounds. SIU School of Medicine. Springfield, IL. June 10, 1999.
The Role of the Shriners movement in the development of burn care. Ansar Shriners Temple. Springfield, IL. September 29, 1999.
Burns as wounds. Fifth Annual Wound Care Symposium SIU School of Medicine/ Memorial Medical Center. Springfield, IL. March 31, 2000.
Initial management and transfer of the seriously ill burned patient. 1st Annual Southern Illinois Trauma Conference/ Illinois Chapter, American College of Surgeons Meeting. Springfield, IL. June 3, 2000.
From the desert to the emergency room: A simple safe method for early post burn fluid resuscitation. International Symposium and Course on Burns and Fire Disaster Management. Jerusalem, Israel. February 14, 2000.
Melanoma reconstruction. Department of Surgery Grand Rounds. SIU School of Medicine. Springfield, IL. November 30, 2000.
Role of antioxidant systems in the healing of sulfur mustard systems. US Army Medical Research Institute of Chemical Defense. Aberdeen Proving Ground, MD. September 14, 2001.
Telemedicine. Southern Illinois Teleburn Network inaugural ceremonies. Springfield, IL. November 8, 2001.

Press conference re: creation of teleburn network – WICS, WAND, WCIA, SJR, WUIS, Capitol Radio Group, WFMB, WMAY, Carbondale Radio show and WTAX. November 1, 2001.

The effects of diabetes on wound healing. Sixth Annual Wound Care Symposium SIU School of Medicine/Memorial Medical Center. Springfield, IL. March 27, 2001.

The treatment of severely burned patients. Radio Health Journal representing 350 radio stations nationwide. IL. November 2, 2001.
Current treatment of acute burns. Department of Surgery Grand Rounds SIU School of Medicine. Springfield, IL. March 7, 2002.
Pre-hospital management of the burn patient. S.A.M.I.C. EMS. Prairie Heart Institute, St John's Hospital. Springfield, IL. May 11, 2002.

Abdominoplasty. WICS Channel 20 News, NBC Affiliate in Springfield, IL. May 8, 2002.
The use of fibrin sealant in skin grafting. Hemacure Corporation National Sales Meeting. Miami, FL. November 13, 2002.
Evaluation and general management of pressure ulcers. Eighth Annual Wound Care Symposium, SIU School of Medicine/Memorial Medical Center. Springfield, IL. March 27, 2003.
Something is cooking in your neighborhood. Department of Medicine Grand Rounds SIU School of Medicine. Springfield, IL. April 29, 2003.
Latest development in burn management. Mini Med School, SIU School of Medicine. Springfield, IL. Feb 24, 2004.
The future of medical publishing. Surgery Faculty SIU School of Medicine. Springfield, IL. March 10, 2004.
Rounds with the professors - computer applications. American Burn Association 36th Annual Meeting. Vancouver, Canada. March 24, 2004.
Diabetes and wound healing. Ninth Annual Wound Care Symposium, SIU School of Medicine/Memorial Medical Center. Springfield, IL. April 29, 2004.
Revolution in scientific publishing. Telecom Africa, sponsored by the United Nations. Video Conference to Academy of Scientific Research and Technology. Cairo Egypt. May 7, 2004.
Observations on the microcirculation of the human burn using orthogonal polarization spectral imaging. US Army Medical Defense Review Bioscience. Baltimore, MD. May 16, 2004.
Emergency care of the burned patient. Associated Fire Fighters of Illinois. Decatur, IL. June 16, 2004.
Burns: initial care for optimal outcomes. 15th Annual David D Miller, MD Memorial Symposium. Springfield, MO. November 5, 2004.
Advances in burn management. Wound Healing: Science and Industry. St Thomas, US Virgin Islands. December 10, 2004.

The challenge of burns SIU 1997-2005. Department of Surgery Grand Rounds. SIU School of Medicine. Springfield, IL. January 27, 2005.

Comprehensive management of facial burns; The plastic surgery role. American Burn Association 37th Annual Meeting. Chicago, IL. May 2005.

Cutaneous sulfur mustard injuries. American Burn Association 37th Annual Meeting. Chicago, IL. May 2005.

Innovations in burn care. Department of Surgery Grand Rounds. St Agnes Hospital. Baltimore, MD. Oct 19, 2005.

The role of plastic surgery in the management of cutaneous ulcers. Maryland Dermatological Society Clinical Conference. Baltimore, MD. November 9, 2005.

The ethics of facial transplantation. American Burn Association 38th Annual Meeting. Las Vegas, NV. April 6, 2006.

Fluid resuscitation. Maryland Institute for Emergency Medical Service Systems Conference. Baltimore, MD. April 29, 2006.

Management of the burn wound. Wound/Ostomy Conference, National Naval Medical Center. Bethesda, MD. July 21, 2006.

Face transplantation: an ethical dilemma. Trauma Conference. Johns Hopkins. Baltimore. MD. Nov 15, 2006.

A leap in the dark: face transplantation. Professorial rounds. University of Medicine and Dentistry of New Jersey. Newark NJ. May 14, 2007.

Advances in burn care since Evans and Hinds. S Dawson Theogaraj Memorial Lecture. Virginia Commonwealth University, Richmond, VA. June 21, 2007.

**Expert Legal Testimony Fees    -   Stephen M. Milner MD.**

| | |
|---|---|
| **Conference/Meetings with Lawyers** - | $450.00 for 1st hour, $350.00 each additional hour |
| **Patient Exam and Report** - | $300.00 |
| **Depositions** - | $650.00 for 1st hour, $350.00 for each additional hour (1 hour minimum) |
| **Trial Testimony** | $750.00 per hour |
| **Record Review/Research** | $450.00 per hour |
| **Travel (door to door)** | $100.00 per hour |
| **Court Appearance** | $2,500.00 per ½ day plus direct expenses |
| **Cancelled deposition or court appearance by the law firm within 120 hours of the reserved date** | $500.00 per cancellation |