UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

JUN 1 3 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MARY SANDERS,  )
  )
 Plaintiff,  )
  )
v.  ) Civil Action No. 07-01169 (ESH)
  )
UNITED STATES OF AMERICA,  )
  )
 Defendant.  )
  )

## ORDER

It is this 13 day of June, 2008,

ORDERED, that the Metropolitan Police Department Evidence Control Branch at 2235 Shannon Place, S.E., Washington, D.C. 20020, is directed to permit the opening of evidence (a fanny pack melted together) found as one of the items maintained under:

| Property number | Items |
|---|---|
| Y-80803 | 1 (##1-6, ##10-14, ##17-19) |

The following individuals and their experts are permitted to participate in this event: AUSA Claire Whitaker, Attorney Charles Meltmar, David Hammerman, Hart Kerlin, and Dr. Terrence Baker.

FURTHER ORDERED, that the Metropolitan Police Department will arrange for a chemist to analyze the interior of the "fanny pack" to determine if there are traces of an accelerant or flammable liquid/gas in it.

Ellen S Huvck
UNITED STATES DISTRICT JUDGE