# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

|  |  |
|---|---|
| **MARY SANDERS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )      **Civil Action No. 07-01169 (ESH)** |
| | ) |
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Defendant.** | ) |
_____ )

## ERRATA

Defendant corrects the following footnote numbers in Docket Entry # 27 (Defendant's

Motion to Dismiss or, In the Alternative, for Summary Judgment:

Footnote # 55 (p. 21 of 31), is corrected to footnote # 6

Footnote # 5 (p. 22 of 31) is corrected to footnote # 7

Footnote #  6 (p. 24 of 31) is corrected to footnote 8.

Respectfully submitted,


_____/s/_____
CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney
United States Attorneys Office
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530
(202) 514-7137