UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**MARY SANDERS**
Plaintiff

FILED
MAR 1 2 2009
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

vs.                                Civil Action 07-1169 (ESH)

UNITED STATES OF AMERICA
Defendant

## JUDGMENT FOR DEFENDANT

This cause having been tried before the Honorable Ellen Segal Huvelle, Judge presiding, and the issues having been duly adjudicated and the Court having entered judgment on behalf of defendant.

IT IS ORDERED, ADJUDGED AND DECREED that the plaintiff MARY SANDERS take nothing on the complaint against the defendant UNITED STATES OF AMERICA.

NANCY MAYER-WHITTINGTON, Clerk

*Gwendolyn Franklin*
Deputy Clerk

Dated: March 12, 2009